```
Bank of America, N.A.
475 Cross Point Pk
Getzville, NY 14068-9000


Boston Water and Sewer Commission
P.O. Box 55466
Boston, MA 02205


City of Boston Real Estate Tax
CITY OF BOSTON,  BOX 55808
Boston, MA 02205


Discover Bank
2479 Edison Blvd, Unity A
Twinsburg, OH  44087-234


Fed Home Loan Mortgage Corp as Trustee
c/o Specialized Loan Servicing
P.O. Box 636005
Littleton, CO 80163-6005


National Grid
P.O. Box 371338
Pittsburgh, PA 15250-7338


Specialized Loan Servicing, LLC
Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163-6005


The Bank of NY Mellon Indenture Trustee
c/o Bank of America, N.A.
475 Cross Point Pkwy PO Box 9000
Getzville, NY 14068-9000
```