UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: John Malone, <br> Debtor | Chapter: 13 <br> Case No: 24−10885 <br> Judge Christopher J. Panos |

### ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

The Court has made an entry on the docket disregarding a document you filed on **JUNE 10, 2024** docket number **27** in the above referenced case. Expedited action is required to address this problem.

Unless otherwise indicated, you are hereby **ORDERED** to file electronically the required document(s) listed below within two (2) business days of the date of this order.

- ☑ **Document has the wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** File with the correct and readable PDF using the original event.

- ☐ **Document is titled incorrectly.** File with the correct title.

- ☐ **Document docketed using wrong event.** File using the correct event.

- ☐ **Document is docketed in the wrong case or the caption is incorrect.** Check the case number and caption and file a corrected document in the proper case.

- ☐ **Document is unsigned or information is missing.** Registered ECF users may sign "/s/YOUR NAME". Non−Registered ECF users **must** provide a scanned original signature. Check your PDF document for signature(s) and file a corrected document.

- ☐ **Documents should have been filed as separate documents.** File all items using the following separate docketing events.

- ☐ **The amount disclosed to the Court on the docket is inconsistent with the amount reported in Director's Form 2030 Disclosure of Compensation of Attorney for Debtor.** File an Amended Disclosure of Compensation or otherwise correct or clarify the discrepancy.

- ☐ **ECF filer and signature on the document do not match.** File a corrected document. *See MLBR Appendix 8, Rule 8(a)*.

- ☐ **Incorrect Chapter 13 Plan form was filed.** The document will be disregarded. File the correct form within seven (7) days of this Notice. *See MLBR Official Local Form 3*.

- ☐ **Other:**

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN FURTHER COURT ACTION INCLUDING BUT NOT LIMITED TO, DENIAL OF REQUESTED RELIEF OR DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE.**

Date: 6/10/24

By the Court,

David Corchado
Deputy Clerk
508−770−8905

29 − 27