## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**Chapter 13**

**In re: JOHN MALONE**

**Case Number: 24-10885 CJP**

**DEBTOR**

### WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE FOR PREPETITION TAX RETURNS

Please take notice that based upon further information provided by the debtor,

Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth

of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact,

hereby withdraws the *Unfiled Prepetition Tax Return Notice By Commissioner Of Massachusetts*

*Department of Revenue.*

**GEOFFREY E. SNYDER**
**COMMISSIONER**
**MASSACHUSETTS DEPARTMENT OF REVENUE**

**By his duly authorized agent,**

**/s/ Michael Bonin**
**MASSACHUSETTS DEPARTMENT OF REVENUE**
**BANKRUPTCY UNIT - COLLECTIONS BUREAU**
**200 ARLINGTON ST, CHELSEA, MA 02150**
**PO BOX 7090 BOSTON, MASSACHUSETTS 02204-7090**
**(617) 626-3875**



**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

**200 ARLINGTON ST, CHELSEA, MA 02150**
**PO BOX 7090, BOSTON, MASSACHUSETTS 02204-7090**
**Phone: (617) 626-3875    Fax: (617) 626-3796**

Geoffrey E. Snyder
Commissioner

In re: JOHN MALONE                                       **Chapter 13**
                                                         **Case Number: 24-10885 CJP**

## <u>CERTIFICATE OF SERVICE</u>

I, Michael Bonin, hereby certify that I have caused the attached Commissioner of the

Massachusetts Department of Revenue's Withdrawal Notice of Unfiled Prepetition Tax Returns and

Request For The Same Pursuant To 11 U.S.C. Section 1308, to be served by first class mail, postage

prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who

were not listed as being served electronically upon.


GLENN F. RUSSELL, JR.
38 ROCK STREET , Ste 12
FALL RIVER, MA 02720-0000


Chapter 13 Trustee
PO BOX 8250
BOSTON, MA 02114


/s/ Michael Bonin
MASSACHUSETTS DEPARTMENT OF REVENUE
07/31/2024