UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Chapter 13

In re: JOHN MALONE

Case Number: 24-10885 CJP

Claim Number: 2 for $16,637.05

DEBTOR

## WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE PROOF OF CLAIM

Please take notice that based upon further information provided by the debtor, Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Proof of Claim By the Commissioner Of Massachusetts Department of Revenue*.

GEOFFREY E. SNYDER
COMMISSIONER
MASSACHUSETTS DEPARTMENT OF REVENUE

By his duly authorized agent,

/s/ Michael Bonin
MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT - COLLECTIONS BUREAU
200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090 BOSTON, MA 02204-7090
(617) 626-3875



Geoffrey E. Snyder
Commissioner

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090, BOSTON, MA 02204-7090
Phone: (617) 626-3875     Fax: (617) 626-3796

In re: JOHN MALONE

Chapter 13
Case Number: 24-10885
CJP

## CERTIFICATE OF SERVICE

I, Michael Bonin, hereby certify that I have served the attached Commissioner of the Massachusetts Department of Revenue's Withdrawal of Proof of Claim By Commissioner Of Massachusetts Department of Revenue, by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

GLENN F. RUSSELL, JR.
38 ROCK STREET , Ste 12
FALL RIVER, MA 02720-0000

Chapter 13 Trustee
PO BOX 8250
BOSTON, MA 02114

/s/ Michael Bonin
MASSACHUSETTS DEPARTMENT OF REVENUE
08/01/2024