

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| John Malone, | Chapter 13 |
| | 24-10885-CJP |
| Debtor | |

## ORDER

**MATTER:**

#7 Order to Update.

AS DEBTOR'S SCHEDULE A/B [DKT. NO. 28] LISTS REAL PROPERTY AT 28 SAVIN HILL AVE, DORCHESTER, MA 02125 AND IT APPEARING NO EVIDENCE OF CURRENT AND SUFFICIENT LIABILITY AND PROPERTY INSURANCE HAVING BEEN FILED IN COMPLIANCE WITH THE ORDER TO UPDATE [DKT. NO. 7], THE DEBTOR SHALL FILE THE OUTSTANDING EVIDENCE OF INSURANCE WITHIN TEN (10) DAYS OF THE DATE OF THIS ORDER, FAILING WHICH THE CASE MAY BE DISMISSED.

Dated: 08/05/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge