## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| **In Re:** ) | |
| ) | |
| **JOHN MALONE** ) | |
| ) | **Chapter 13** |
| ) | **Case No. 24-10885-CJP** |
| **Debtor** ) | |
| ) | |

### DEBTORS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS MOTION TO FILE LATE HIS RESPONSE TO THE TRUSTEE'S MOTION TO DISMISS
### (Doc. #31)

Now comes John Malone, ("Debtor") by and through undersigned, who herein respectfully files the instant Supplemental Memorandum to comply with this Court's Order August 05, 2024 Order (Doc. #62), to Support his previous Response (Doc. #58) to the Chapter 13 Trustee's Motion to Dismiss case (Doc. #31).

The Debtor Responds by stating that:

1. Undersigned was tasked with conducting significant due diligence to ensure that there was no other source of income, to comply with the Trustee's identification of this issue at Doc. #31, #4, which unfortunately took much longer than expected due to certain issues involved with his current residence.

2. Undersigned also was unsure whether Doc. #50 (Motion to Dismiss) superseded Document.#31

3.  Additionally, undersigned had a family medical issue arise during the first week of July, where relatives from the middle east were supposed ro visit for ten (10) days, however due to a medical issue, this visit became a thirty-one (31) day stay that required follow up medical visits, which undersigned was tasked with driving responsibilities. This situation unfortunately significantly diminished undersigned's availability.

Undersigned sincerely apologies for the delayed response to the Trustee's Motion to Dismiss (Doc. #31), and respectfully prays for the Court's understanding for said late response.


Respectfully submitted

Attorney for the Debtor
/s/ Glenn F. Russell, Jr.
Glenn F. Russell, Jr.
BBO# 656914
38 Rock Street, Suite #12
Fall River, MA 02720
(888) 400-9318
russ45eq@gmail.com

## CERTIFICATE OF SERVICE

I, Glenn F. Russell, Jr., do hereby certify that on the 12th day of August 2024, I served the Debtors' Supplemental Memorandum to his Motion to file Response Late to the Chapter 13 Trustee's Motion to Dismiss case (Doc. #31), , to the following parties via electronic mail and submission to the ECF System, and/or by USPS postage prepaid to the following:.


***Assistant U.S. Trustee***
**John Fitzgerald**
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

***Trustee***
Carolyn Bankowski
Ch 13-12 Trustee Boston
P. O. Box 8250

Boston, MA 02114
617-723-1313

Jason J. Giguere, Esq.
Orlans PC Attorneys for Federal Home Loan Mortgage
Corporation, as Trustee for the benefit of the Freddie Mac
Seasoned Credit Risk Transfer Trust, Series 2020-1
PO Box 540540
Waltham, MA 02454

Marcus E. Pratt, Esquire
Korde & Associates, P.C. 900 Chelmsford Street, Suite
3102 Lowell, MA 01851 Attorneys for
The Bank of New York Mellon FKA The Bank of New
York, as successor Trustee to JPMorgan Chase Bank,
N.A., as Trustee on behalf of the Certificateholders of the
CWHEQ Inc., CWHEQ Revolving Home Equity Loan
Trust, Series 2005-F

**Boston Water and Sewer Commission**
P.O. Box 55466
Boston, MA 02205

**City of Boston Real Estate Tax**
CITY OF BOSTON, BOX 55808
Boston, MA 02205

**City of Boston Real Estate Tax**
CITY OF BOSTON, BOX 55808
Boston, MA 02205

**Discover Bank**
2479 Edison Blvd, Unity A
Twinsburg, OH 44087-234

**Discover Bank**
2479 Edison Blvd, Unity A
Twinsburg, OH 44087-234

**Fed Home Loan Mortgage Corp as Trustee**
26 Savin Hill Ave
Dorchester, MA 02125

**National Grid**
P.O. Box 371338
Pittsburgh, PA 15250-7338

**National Grid**
P.O. Box 371338
Pittsburgh, PA 15250-7338

**Specialized Loan Servicing, LLC**
Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163-6005

**The Bank of NY Mellon Indenture Trustee**
c/o Bank of America, N.A.
475 Cross Point Pkwy PO Box 9000
Getzville, NY 14068-9000

/s/ *Glenn F. Russell, Jr.*
Glenn F. Russell, Jr.