# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| **JOHN MALONE** ) | |
| ) | **Chapter 13** |
| ) | **Case No. 24-10885-CJP** |
| **Debtor** ) | |
| ) | |

### DEBTOR'S STATEMENT RE PROPERTY INSURANCE

Now comes, June-Noelle Williams, ("Debtor") by and through undersigned counsel, Glenn F. Russell, Jr., and who herein respectfully responds to this Court's Order of August 05, 2024,(Doc. #61) requesting Evidence of Current and Sufficient Liability and Property Insurance, related to the Debtor's real property and principal residence.

The Debtor states that the Property Insurance is paid by his Mortgage Company, through a Force Place Policy placed by Shellpoint Mortgage Servicing

WHEREFORE, the Debtor, by and through his counsel, Glenn F. Russell, Jr., respectfully states that her evidence of sufficient liability and Property insurance related to her principal residence located at 26 Savin Hill, Dorchester, MA 02125 is presently paid by his Mortgage Company

Date: August 12, 2024

Attorney for the Debtor

/s/ Glenn F. Russell, Jr.
Glenn F. Russell, Jr.
ct30962 CT
38 Rock Street, Suite #12

Fall River, MA 02720
(888) 400-9318
russ45eq@gmail.com

CERTIFICATE OF SERVICE

I, Glenn F. Russell, Jr., do hereby certify that on the 12th day of August 2024, I served the above document to the following parties via electronic mail and submission to the ECF System, and/or by USPS postage prepaid to the following:.

*Assistant U.S. Trustee*
**John Fitzgerald**
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

*Trustee*
Carolyn Bankowski
Ch 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114
617-723-1313

Jason J. Giguere, Esq.
Orlans PC Attorneys for Federal Home Loan Mortgage
Corporation, as Trustee for the benefit of the Freddie Mac
Seasoned Credit Risk Transfer Trust, Series 2020-1
PO Box 540540
Waltham, MA 02454

Marcus E. Pratt, Esquire
Korde & Associates, P.C. 900 Chelmsford Street, Suite
3102 Lowell, MA 01851 Attorneys for
The Bank of New York Mellon FKA The Bank of New
York, as successor Trustee to JPMorgan Chase Bank,
N.A., as Trustee on behalf of the Certificateholders of the
CWHEQ Inc., CWHEQ Revolving Home Equity Loan
Trust, Series 2005-F

**Boston Water and Sewer Commission**
P.O. Box 55466

Boston, MA 02205

**City of Boston Real Estate Tax**
CITY OF BOSTON, BOX 55808
Boston, MA 02205

**City of Boston Real Estate Tax**
CITY OF BOSTON, BOX 55808
Boston, MA 02205

**Discover Bank**
2479 Edison Blvd, Unity A
Twinsburg, OH 44087-234

**Discover Bank**
2479 Edison Blvd, Unity A
Twinsburg, OH 44087-234

**Fed Home Loan Mortgage Corp as Trustee**
26 Savin Hill Ave
Dorchester, MA 02125

**National Grid**
P.O. Box 371338
Pittsburgh, PA 15250-7338

**National Grid**
P.O. Box 371338
Pittsburgh, PA 15250-7338

**Specialized Loan Servicing, LLC**
Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163-6005

**The Bank of NY Mellon Indenture Trustee**
c/o Bank of America, N.A.
475 Cross Point Pkwy PO Box 9000
Getzville, NY 14068-9000

                                              /s/ *Glenn F. Russell, Jr.*
                                                 Glenn F. Russell, Jr.