

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: John Malone, Debtor | Chapter 13<br>24-10885-CJP |
|---|---|

## ORDER

**MATTERS:**
#7 Order to Update and
#61 Order.

THE COURT HEREBY CONSTRUES THE RESPONSE FILED AT DKT. NO. 70 AS A MOTION FOR LEAVE TO COMPLY WITH THE ORDER ENTERED AT DKT. NO. 61 DIRECTING THE DEBTOR TO FILE EVIDENCE OF CURRENT AND SUFFICIENT LIABILITY AND PROPERTY INSURANCE. ANY OBJECTIONS TO THE CONSTRUED MOTION SHALL BE FILED ON OR BEFORE AUGUST 29, 2024.

Dated: 08/15/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge