

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| John Malone, | Chapter 13 |
| | 24-10885-CJP |
| Debtor | |

## ORDER

NO OBJECTIONS FILED. THE CONSTRUED MOTION [DKT. NO. 70] IS GRANTED. THE DEBTOR IS GRANTED LEAVE TO COMPLY WITH THE ORDER ENTERED AT DKT. NO. 61 DIRECTING THE DEBTOR TO FILE EVIDENCE OF CURRENT AND SUFFICIENT LIABILITY AND PROPERTY INSURANCE.

Dated: 09/12/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge