

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **John Malone** | **Chapter 13** |
| **Debtor(s)** | **24-10885-CJP** |

### PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Telephonic Hearing on #42 Objection to Confirmation of #39 Amended Chapter 13 Plan filed by Creditor Bank of New York Mellon.

**Decision set forth more fully as follows:**

THE TELEPHONIC HEARING IS CONTINUED TO OCTOBER 23, 2024 AT 1:00 P.M. BY AGREEMENT OF THE PARTIES. TO PARTICIPATE, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524.

Dated: 09/12/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge