

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br><br>John Malone<br><br>Debtor(s) | Chapter 13<br>24-10885-CJP |
|---|---|

## ORDER

**MATTER:**
#89 Assented To Motion filed by Creditor The Bank of New York Mellon to Continue Hearing Re: #42 Objection to Confirmation of the Plan.

ALLOWED. THE HEARING SCHEDULED FOR 10/23/2024 IS CONTINUED TO 11/20/2024 AT 1:30 P.M. BY AGREEMENT OF THE PARTIES. MOVANT TO SERVE NOTICE OF THE CONTINUED HEARING ON ALL PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE. TO PARTICIPATE AT THE HEARING, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

Dated: 10/17/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge