

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| John Malone | Chapter 13 |
| | 24-10885-CJP |
| Debtor(s) | |

## ORDER

**MATTER:**
#93 Assented To Motion filed by Creditor The Bank of New York Mellon FKA The Bank of New York toContinue Hearing [Re: #42 Objection to Confirmation of Plan].

ALLOWED. THE HEARING SCHEDULED FOR 11/20/2024 IS CONTINUED TO 12/18/2024 AT 2:00 P.M. BY AGREEMENT OF THE PARTIES. MOVANT TO SERVE NOTICE OF THE CONTINUED HEARING ON ALL PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE. TO PARTICIPATE AT THE HEARING, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

Dated: 11/14/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge