# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| **JOHN MALONE** ) | |
| ) | **Chapter 13** |
| ) | **Case No. 24-10885-CJP** |
| **Debtor** ) | |
| ) | |

## DEBTORS' MOTION TO SELL PROPERTY

Now comes, John Malone, ("Debtor") by and through undersigned counsel, Glenn F. Russell, Jr., and who herein respectfully files his Motion to Sell the Property located at 26 Savin Hill Avenue, Dorchester MA. In support thereof, the Debtor states as follows:

1. There will be no Real Estate Broker involved in the transaction.

2. All creditors will be paid in full of the proceeds from the sales transaction, where there will be a 100% dividend to all allowable claimants

3. The Debtor will file an Amended Chapter 13 Plan to reflect a lump sum Plan as described above.

WHEREFORE, for all of the foregoing reasons, the Debtor, by and through his counsel, Glenn F. Russell, Jr., respectfully requests that the Court Grant the Debtor's Motion to sell the Property located at 26 Savin Hill Avenue, Dorchester Massachusetts, in order to utilize the proceeds from said sale to fund a lump sum Chapter 13 Plan to pay all allowable claimants a 100% Dividend.

Respectfully submitted,

Date: December 16, 2024

Attorney for the Debtor
/s/ Glenn F. Russell, Jr.
Glenn F. Russell, Jr.
BBO# 656914
38 Rock Street, Suite #12
Fall River, MA 02720
(888) 400-9318
russ45eq@gmail.com

## CERTIFICATE OF SERVICE

    I, Glenn F. Russell, Jr., do hereby certify that on the 16th day of December 2024, I served the Debtors' Motion to Sell Property located at 26 Savin Hill Avenue, Dorchester, MA, to the following parties via electronic mail and submission to the ECF System, and/or by USPS postage prepaid to the following:.

*Assistant U.S. Trustee*
**John Fitzgerald**
Office of the US Trustee
J.W. McCormack Post Office &
Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

*Trustee*
Carolyn Bankowski
Ch 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114
617-723-1313

**Boston Water and Sewer Commission**
P.O. Box 55466
Boston, MA 02205

**City of Boston Real Estate Tax**
CITY OF BOSTON, BOX 55808
Boston, MA 02205

**Discover Bank**
2479 Edison Blvd, Unity A
Twinsburg, OH 44087-234

**Fed Home Loan Mortgage Corp as Trustee**
Brian M. Kiser, Esq.
Marinosci Law Group, P.C.
275 West Natick Road
Suite 500
Warwick, RI 02886

**National Grid**
P.O. Box 371338
Pittsburgh, PA 15250-7338

**Specialized Loan Servicing, LLC**
Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163-6005

**The Bank of NY Mellon Indenture Trustee**
c/o Bank of America, N.A.
Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

/s/ *Glenn F. Russell, Jr.*
Glenn F. Russell, Jr.