

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>**John Malone**<br>**Debtor(s)** | Chapter 13<br>24-10885-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Telephonic Status Conference on #97 Motion filed by Debtor John Malone for Sale of Property Under Section 363 (b) Re: 26 Savin Hill Ave, Dorchester, MA.

**Decision set forth more fully as follows:**

THE DEBTOR SHALL FILE A SUPPLEMENT TO THE MOTION FOR SALE OF PROPERTY WITHIN FOURTEEN (14) DAYS.

Dated: 12/19/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge