UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re  John Malone
        Debtor

Case No. 24-10885
Chapter 13

Adv. Pro. No. _____

v.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted to practice in the federal court bar of this district or otherwise authorized to practice in this court, and I hereby enter my appearance in this case as counsel pursuant to Massachusetts Local Bankruptcy Rule 9010 on behalf of:

28 BERKSHIRE AVE LLC.

Date: 1/24/2025

Attorney's signature

Peter D. Pascucco    #679371
Printed name and bar number

50 Redfield Street #201 Dorchester, MA 02122
Address

ppascucco@andersongoldman.com
Email

617-265-3900  /  617-265-3627
Telephone number        Fax number