**28 BERKSHIRE AVE LLC**

**50 REDFIELD STREET, SUITE 201**

**DORCHESTER, MA 02122**

January 24, 2025

Clerk
United States Bankruptcy Court
J.W. McCormack Post Office and Court House
5 Post Office Square – Suite 115
Boston, MA 02109-3945

RE:   In re: John Malone
      Case No. 24-10885
      Notice of Intended Private Sale of Property
      26 Savin Hill Ave, Dorchester, MA 02125

Dear Sir/Madam:

I, Peter D. Pasciucco, Manager of 28 BERKSHIRE AVE LLC, a Massachusetts limited liability company, hereby make the following higher offer with regard to the Notice of Intended Private Sale of Property in connection with the above-mentioned matter.

My Counteroffer is $500,000.00 for the property being sold. Concurrent with my delivery of this Counteroffer for filing, I am delivering to Glenn F. Russell, Jr., Esq., 38 Rock Street, Fall River, MA 02720, a bank check in the amount of $5,000.00 representing the required deposit consistent with the Notice of Intended Private Sale. A copy of the bank check is attached hereto. This higher Counteroffer is made on the same terms and conditions as set forth in the existing Purchase and Sale Agreement dated December 17, 2024, a copy of which is attached to the said Notice of Private Sale, except for the purchase price and I will also grant a life estate in Unit 3 to the debtor's current roommate of 30+ years.

Thank you for your attention in this regard.

Very truly yours,

28 BERKSHIRE AVE LLC

_____
Peter D. Pasciucco, Manager

cc:   Glenn F. Russell, Jr., Esq.
      38 Rock Street
      Fall River, MA 02720
      Russ45esq@gmail.com

## OFFICIAL CHECK

**Citizens**

057-0012 / 0115    **519355219-5**

January 24 2025

PAY **** $5,000.00 **** DOLLARS

TO THE ORDER OF * GLENN F. RUSSELL, JR *

Drawer: Citizens Bank, N.A.

MEMO:

AUTHORIZED SIGNATURE

⑈519355219⑈ ⑆011500120⑆    20752164⑈

---

## OFFICIAL CHECK

**Citizens**

057-0012 / 0115    **519355219-5**

January 24 2025

**** $5,000.00 **** DOLLARS

* GLENN F. RUSSELL, JR *

NON-NEGOTIABLE

MEMO:

PAYMENT OF

CUSTOMER'S RECORD

SAVE THIS RECORD

This Official Check may not be replaced for 90 days after the issue date if lost or stolen.
WE CANNOT GIVE INFORMATION OR SEARCH RECORDS UNLESS THIS COPY IS PRESENTED