January 27, 2025

Re: Counteroffer of Chloe, LLC for 26 Savin Hill Avenue in Dorchester, Massachusetts

Dear Clerk:

My office represents Chloe, LLC ("Chloe"). By way of this letter and its filing with the bankruptcy court, Chloe hereby makes a counteroffer of $510,000.00 for the property being sold at 26 Savin Hill Avenue in Dorchester, Massachusetts.

A bank check in the amount of $5,000.00 was delivered to attorney Glen Russell on January 16, 2025 representing the required deposit pursuant to the Notice of Intended Private Sale.

Very Truly yours,

/s/ James P. Ehrhard
counsel to Chloe, LLC