**American Building Construction, Inc.**

**American Building Construction Inc**

**82 Union St**

**Quincy, MA 02169**

January 27, 2025

Clerk
United States Bankruptcy Court
J.W. McCormack Post Office and Court House
5 Post Office Square — Suite 115
Boston, MA 02109-3945

RE: In re: John Malone
Case No. 24-10885
Notice of Intended Private Sale of Property
26 Savin Hill Ave, Dorchester, MA 02125

Dear Sir/Madam:

I, Mohamed Amer, President of American Building Construction, Inc., a Massachusetts corporation, hereby make the following higher offer regarding the Notice of Intended Private Sale of Property in connection with the above-mentioned matter.

My counteroffer is $510,000.00 for the property being sold. Concurrent with my delivery of this counteroffer for filing, I am delivering to Glenn F. Russell, Jr., Esq., 38 Rock Street, Fall River, MA 02720, a MA IOLTA Conveyancing check in the amount of $5,000.00 representing the required deposit consistent with the Notice of Intended Private Sale. A copy of the bank check is attached hereto. This higher counteroffer is made on the same terms and conditions as set forth in the existing Purchase and Sale Agreement dated December 17, 2024, a copy of which is attached to the said Notice of Private Sale, except for the purchase price. I will also grant a life estate in Unit 3 to the debtor.

Very truly yours,

*/s/ Mohamed Amer/*
Mohamed Amer

cc: Glenn F. Russell, Jr., Esq.
38 Rock Street
Fall River, MA 02720
Russ45esq@gmail.com

LAW OFFICES OF LIPSEY & CLIFFORD, P.C.
CONVEYANCING IOLTA ACCOUNT

GLENN RUSSELL, ESQ.

Check Number 19587
Check Date Jan 27, 2025

| Item to be Paid – Description | Check Amount $5,000.00 |
| --- | --- |
| DEPOSIT ON OFFER 26 SAVIN HILL | Discount Take    Amount Paid |
| | 5,000.00 |

19749

LAW OFFICES OF
LIPSEY & CLIFFORD, P.C.
CONVEYANCING IOLTA ACCOUNT
1165 WASHINGTON STREET, SUITE 2
HANOVER, MA 02339

53-7144/2113

19749

DATE Jan 27, 2025

PAY Five Thousand and 00/100 Dollars

TO THE ORDER OF GLENN RUSSELL, ESQ.

AMOUNT $ ********$5,000.00

SOUTH SHORE BANK

VOID AFTER 120 DAYS

Memo: DEPOSIT ON OFFER 26 SAVIN HILL

⑈019749⑈ ⑆211371447⑆ ⑈227500180⑈