

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **John Malone** <br> Debtor(s) | Chapter 13 <br> 24-10885-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Hybrid Hearing on #106 Motion filed by Debtor John Malone for Sale of Property free and clear of liens under Section 363(f) Re: 26 Savin Hill Avenue, Dorchester, MA.

**Decision set forth more fully as follows:**

THE HYBRID HEARING IS CONTINUED TO FEBRUARY 18, 2025 AT 2:00 P.M. IN COURTROOM 3, UNITED STATES BANKRUPTCY COURT, 595 MAIN STREET, WORCESTER, MA, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN FEBRUARY 17, 2025 AT 4:30 P.M. PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO. EACH BIDDER MUST HAVE A REPRESENTATIVE APPEAR IN PERSON AT THE HEARING. THE DEBTOR SHALL APPEAR IN PERSON AT THE HEARING. WITHIN 7 DAYS, COUNSEL SHALL FILE A SUPPLEMENT TO THE SALE MOTION DISCLOSING ALL "CONNECTIONS" AND "RELATIONSHIPS" (AS DEFINED IN MLBR 2014-1(b)(1)(A)) WITH ANY BIDDER OR CREDITOR.

Dated: 01/29/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge