United States Bankruptcy Court
District of Massachusetts

In re:  
John Malone  
    Debtor

Case No. 24-10885-cjp  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: admin     Page 1 of 2  
Date Rcvd: Jan 29, 2025     Form ID: pdf012     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | John Malone, 28 Savin Hill Avenue, Dorchester, MA 02125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian M Kiser | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 bkiser@mlg-defaultlaw.com, MLGBK@ecf.courtdrive.com |
| Carolyn Bankowski-13-12 | 13trustee@ch13boston.com |
| Glenn F. Russell, Jr. | on behalf of Debtor John Malone russ45esq@gmail.com russ45realty@gmail.com;r61578@notify.bestcase.com |
| James P. Ehrhard | on behalf of Interested Party Chloe LLC ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com |
| Joseph Dolben | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 mabk@harmonlaw.com, jdolben@ecf.courtdrive.com |
| Marcus Pratt | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity bankruptcy@kordeassociates.com |
| Richard King - B | |

District/off: 0101-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 29, 2025 | Form ID: pdf012 | Total Noticed: 1

USTPRegion01.BO.ECF@USDOJ.GOV

TOTAL: 7



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**John Malone**<br>Debtor(s) | Chapter 13<br>24-10885-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Hybrid Hearing on #106 Motion filed by Debtor John Malone for Sale of Property free and clear of liens under Section 363(f) Re: 26 Savin Hill Avenue, Dorchester, MA.

**Decision set forth more fully as follows:**

THE HYBRID HEARING IS CONTINUED TO FEBRUARY 18, 2025 AT 2:00 P.M. IN COURTROOM 3, UNITED STATES BANKRUPTCY COURT, 595 MAIN STREET, WORCESTER, MA, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN FEBRUARY 17, 2025 AT 4:30 P.M. PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO. EACH BIDDER MUST HAVE A REPRESENTATIVE APPEAR IN PERSON AT THE HEARING. THE DEBTOR SHALL APPEAR IN PERSON AT THE HEARING. WITHIN 7 DAYS, COUNSEL SHALL FILE A SUPPLEMENT TO THE SALE MOTION DISCLOSING ALL "CONNECTIONS" AND "RELATIONSHIPS" (AS DEFINED IN MLBR 2014-1(b)(1)(A)) WITH ANY BIDDER OR CREDITOR.

Dated: 01/29/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge