

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>John Malone<br><br>Debtor | Chapter 13<br>24-10885-CJP |

### ORDER

**MATTER:**

#122 Emergency Motion filed by Debtor John Malone to Continue Hearing [RE: 106 Motion to Sell].

GRANTED AS FOLLOWS. THE FEBRUARY 18, 2025 CONTINUED EVIDENTIARY HEARING ON THE MOTION FILED BY DEBTOR JOHN MALONE FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS UNDER SECTION 363(F) RE: 26 SAVIN HILL AVENUE, DORCHESTER, MA [ECF NO. 106] IS CONTINUED TO MARCH 11, 2025 AT 2:00 P.M. IN COURTROOM 3, UNITED STATES BANKRUPTCY COURT, 595 MAIN STREET, WORCESTER, MA, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO (EXCEPT FOR A REPRESENTATIVE OF EACH BIDDER AND THE DEBTOR, WHO SHOULD ALL APPEAR IN PERSON AT THE CONTINUED EVIDENTIARY HEARING).

OTHER PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN MARCH 24, 2025 AT 4:30 P.M. PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

DEBTOR'S COUNSEL SHALL PROVIDE NOTICE OF THE CONTINUED HEARING AND SHALL FILE A CERTIFICATE OF SERVICE REFLECTING SERVICE WAS MADE FORTHWITH.

Dated: 02/18/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge