United States Bankruptcy Court
District of Massachusetts

In re: Case No. 24-10885-cjp
John Malone Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: admin     Page 1 of 2
Date Rcvd: Feb 18, 2025     Form ID: pdf012     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | John Malone, 28 Savin Hill Avenue, Dorchester, MA 02125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian M Kiser | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 bkiser@mlg-defaultlaw.com, MLGBK@ecf.courtdrive.com |
| Carolyn Bankowski-13-12 | 13trustee@ch13boston.com |
| Glenn F. Russell, Jr. | on behalf of Debtor John Malone russ45esq@gmail.com russ45realty@gmail.com;r61578@notify.bestcase.com |
| James P. Ehrhard | on behalf of Interested Party Chloe LLC ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com |
| Joseph Dolben | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 mabk@harmonlaw.com, jdolben@ecf.courtdrive.com |
| Marcus Pratt | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity bankruptcy@kordeassociates.com |
| Richard King - B | |

District/off: 0101-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 18, 2025 | Form ID: pdf012 | Total Noticed: 1

USTPRegion01.BO.ECF@USDOJ.GOV

TOTAL: 7



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| John Malone | Chapter 13 |
| | 24-10885-CJP |
| Debtor | |

## ORDER

**MATTER:**

#122 Emergency Motion filed by Debtor John Malone to Continue Hearing [RE: 106 Motion to Sell].

GRANTED AS FOLLOWS. THE FEBRUARY 18, 2025 CONTINUED EVIDENTIARY HEARING ON THE MOTION FILED BY DEBTOR JOHN MALONE FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS UNDER SECTION 363(F) RE: 26 SAVIN HILL AVENUE, DORCHESTER, MA [ECF NO. 106] IS CONTINUED TO MARCH 11, 2025 AT 2:00 P.M. IN COURTROOM 3, UNITED STATES BANKRUPTCY COURT, 595 MAIN STREET, WORCESTER, MA, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO (EXCEPT FOR A REPRESENTATIVE OF EACH BIDDER AND THE DEBTOR, WHO SHOULD ALL APPEAR IN PERSON AT THE CONTINUED EVIDENTIARY HEARING).

OTHER PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN MARCH 24, 2025 AT 4:30 P.M. PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

DEBTOR'S COUNSEL SHALL PROVIDE NOTICE OF THE CONTINUED HEARING AND SHALL FILE A CERTIFICATE OF SERVICE REFLECTING SERVICE WAS MADE FORTHWITH.

Dated: 02/18/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge