UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 24-10885-CJP |
|---|---|
| John Malone | Chapter 13 |

**ASSENTED TO MOTION TO CONTINUE HEARING ON OBJECTION
TO DEBTOR'S AMENDED CHAPTER 13 PLAN [DOC. NO. 42]**

Now comes The Bank of New York Mellon FKA The Bank of New York Successor Indenture Trustee to JPMorgan Chase Bank, N.A., as Indenture Trustee on behalf of the noteholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2005-F ("Secured Creditor") and respectfully requests that the hearing currently scheduled for Wednesday, March 12, 2025 at 1PM be continued for an additional period of approximately thirty (30) days, or to some other date and time that this Court deems just and proper.

As grounds for said Motion, Secured Creditor states that the parties remain in the process of attempting to resolve this matter, but require additional time to continue with their discussions as to same. Notably, a continued hearing on the Debtor's (Renewed) Motion to Sell (Doc. No. 106 filed on January 2, 2025) is scheduled for Tuesday, March 11, 2015 at 2PM; it remains anticipated that upon approval of the Motion and consummation of the proposed sale that Secured Creditor's claim will be satisfied in full.

WHEREFORE, Secured Creditor respectfully requests that the hearing on this matter be continued for an additional period of approximately thirty (30) days. Counsel for the Debtor, Attorney Glenn F. Russell, Jr., has assented to the filing of this Motion.

Dated: March 10, 2025

                                                Respectfully submitted,
                                                The Bank of New York Mellon FKA The Bank of New
                                                York Successor Indenture Trustee to JPMorgan Chase
                                                Bank, N.A., as Indenture Trustee on behalf of the
                                                noteholders of the CWHEQ Inc., CWHEQ Revolving
                                                Home Equity Loan Trust, Series 2005-F
                                                By its attorney,

                                                /s/ Marcus E. Pratt
                                                Marcus E. Pratt, Esquire
                                                BBO #684610

Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

23-042505 / BK01

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 24-10885-CJP |
| John Malone | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Marcus E. Pratt, Attorney for **The Bank of New York Mellon FKA The Bank of New York Successor Indenture Trustee to JPMorgan Chase Bank, N.A., as Indenture Trustee on behalf of the noteholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2005-F** hereby certify that on March 10, 2025 I electronically filed the foregoing *Assented to Motion to Continue* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Richard King, Assistant U.S. Trustee
Carolyn Bankowski, Ch. 13 Trustee
Glenn F. Russell, Jr., Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

John Malone
26 Savin Hill Avenue
Dorchester, MA 02125

/s/ Marcus E. Pratt
Marcus E. Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com