

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:  John Malone  Debtor(s) | Chapter 13  24-10885-CJP |

## ORDER

**MATTER:**
#132 Expedited Motion filed by Debtor John Malone to Continue Staus Conference [Re: #106 Motion to Sell].

GRANTED AS FOLLOWS. THE STATUS CONFERENCE SCHEDULED FOR 3/25/2025 IS CONTINUED TO **4/17/2025 AT 1:00 P.M.** IN COURTROOM 1, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MASSACHUSETTS 02109, WITH AN OPTION FOR PARTIES TO APPEAR BY ZOOM VIDEO (EXCEPT THAT THE DEBTOR SHALL APPEAR AT THE CONFERENCE IN PERSON). TO OBTAIN VIDEO ACCESS INFORMATION FOR THE CONTINUED CONFERENCE, PARTIES IN INTEREST MUST EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN 4/14/2025 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

COUNSEL TO THE DEBTOR TO SERVE NOTICE OF THE CONTINUED STATUS CONFERENCE ON ALL PARTIES IN INTEREST AND SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT. WITH RESPECT TO THE DEBTOR, SUCH NOTICE OF THE CONTINUED STATUS CONFERENCE SHALL BY PROVIDED BY COUNSEL TO THE DEBTOR BY PHONE, EMAIL, AND FIRST-CLASS MAIL.

Dated: 03/24/2025

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge