# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

**In Re:**

    **John Malone,**　　　　　　　　　　　　　　**Chapter 13**
　　　　　　　　　　　　　　　　　　　　　　　**Case No. 24-10885**

    **Debtor**

---

## NOTICE OF APPEARANCE ON BEHALF OF DEBTOR

NOW COMES John Ullian, and hereby enters an appearance on behalf of the Debtor. Papers and pleadings intended for the Debtor shall be served upon the undersigned either via the Court's CM/ECF system or by U.S. Mail at the address indicated below:

John Ullian, Esq.
The Law Office of Ullian and Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
john@ullianlaw.com


　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　　　　　　John Malone
　　　　　　　　　　　　　　　　　　　　　　by his attorney,


Date: April _11_, 2025　　　　　　　　　　/s/ John Ullian
　　　　　　　　　　　　　　　　　　　　　　John Ullian, Esq. BBO #542786
　　　　　　　　　　　　　　　　　　　　　　Amy Puliafico, Esq. BBO #682332
　　　　　　　　　　　　　　　　　　　　　　The Law Firm of Ullian and Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　220 Forbes Road, Suite 106
　　　　　　　　　　　　　　　　　　　　　　Braintree, MA 02184
　　　　　　　　　　　　　　　　　　　　　　(781) 848-5980

**CERTIFICATE OF SERVICE**

I, John Ullian, hereby certify under the pains and penalties of perjury that I served the foregoing **NOTICE OF APPEARANCE ON BEHALF OF DEBTOR** by ECF or mailing a copy of same, postage prepaid, to interested parties listed below and on the Matrix.

Richard King
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

Glenn F. Russell, JR., Esq.
38 Rock Street, Suite #12
Fall River, MA 02720

The Bank of New York Mellon
Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

Federal Home Loan Mortgage Corporation
Joseph Dolben
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

Federal Home Loan Mortgage Corporation
Jason Giguere
Orlans, PC
P.O. Box 540540
Waltham, MA 02454

Federal Home Loan Mortgage Corporation
Brian M Kiser
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886

Chloe, LLC
c/o Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01068

American Building Construction, Inc.
82 Union St.
Quincy, MA 02169

28 Berkshire Ave LLC
Peter Pasciucco
50 Redfield Street, Suite 201
Boston, MA 02122

Date: April __, 2025

/s/ John Ullian
John Ullian, Esq. BBO #542786
Amy Puliafico, Esq. BBO #682332
The Law Firm of Ullian and Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-1<br>Case 24-10885<br>District of Massachusetts<br>Boston<br>Fri Apr 11 14:20:11 EDT 2025 | American Building Construction, Inc.<br>82 Union St.<br>Quincy, MA 02169-6973 | Chloe, LLC<br>c/o Ehrhard & Associates, P.C.<br>27 Mechanic Street, Suite 101<br>Worcester, MA 01068 United States 01608 |
| Boston<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945 | Attn: Massachusetts Dept. of Revenue<br>Bankruptcy Unit<br>PO Box 7090 Boston, MA 02204 | Bank of America, N.A.<br>475 Cross Point Pk<br>Getzville, NY 14068-1609 |
| Boston Water and Sewer Commission<br>980 Harrison Avenue<br>Boston, MA 02119-2530 | Boston Water and Sewer Commission<br>P.O. Box 55466<br>Boston, MA 02205-5466 | City of Boston Real Estate Tax<br>CITY OF BOSTON, BOX 55808<br>Boston, MA 02205 |
| Discover Bank<br>2479 Edison Blvd, Unity A<br>Twinsburg, OH 44087-2475 | Fed Home Loan Mortgage Corp as Trustee<br>26 Savin Hill Ave<br>Dorchester, MA 02125-4099 | Fed Home Loan Mortgage Corp as Trustee<br>c/o Specialized Loan Servicing<br>P.O. Box 636005<br>Littleton, CO 80163-6005 |
| Federal Home Loan Mortgage Corp. Trustee (Se<br>c/o Newrez LLC<br>dba Shellpoint Mortgage Servicing<br>(fka Specialized Loan Servicing LLC)<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111-4720 | Federal Home Loan Mortgage Corp. Trustee for<br>Freddie Mac Seasoned Credit Risk<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826 Greenville<br>Greenville, SC 29603-0826 | National Grid<br>P.O. Box 371338<br>Pittsburgh, PA 15250-7338 |
| Specialized Loan Servicing, LLC<br>Specialized Loan Servicing LLC<br>P.O. Box 636005<br>Littleton, CO 80163-6005 | The Bank of NY Mellon Indenture Trustee<br>c/o Bank of America, N.A.<br>475 Cross Point Pkwy PO Box 9000<br>Getzville, NY 14068-9000 | The Bank of New York Mellon<br>c/o Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 |
| Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114-0950 | Glenn F. Russell Jr.<br>Glenn F. Russell, JR., ESQ.<br>38 Rock Street<br>Suite #12<br>Fall River, MA 02720-3130 | John Malone<br>28 Savin Hill Avenue<br>Dorchester, MA 02125 |
| Richard King - B<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3934 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)28 Berkshire Ave LLC | (u)Federal Home Loan Mortgage Corporation, as | (u)The Bank of New York Mellon FKA The Bank |

| | | |
|---|---|---|
| (u)Specialized Loan Servicing, LLC | (u)The Bank of NY Mellon Indenture Trustee | End of Label Matrix |
| | | Mailable recipients    21 |
| | | Bypassed recipients    5 |
| | | Total    26 |