# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| **JOHN MALONE** ) | |
| ) | **Chapter 13** |
| ) | **Case No. 24-10885-CJP** |
| **Debtor** ) | |
| ) | |

## DEBTOR'S COUNSEL NOTICE OF WITHDRAWAL

Now comes, the undersigned counsel, Glenn F. Russell, Jr., for the Debtor John Malone, ("Debtor") by and through undersigned counsel, and herein files his Notice of Withdrawal as counsel for the Debtor.

The Debtor has located new counsel, Attorney John Ullian, and has executed a client agreement with the same. Attorney Ullian filed his Notice of Appearance in this matter on Friday April 11, 2025.

Therefore, based upon the preceding, and where the Debtor has secured new counsel, the undersigned respectfully files the instant Notice of Withdrawal.

Respectfully submitted,

Attorney for the Debtor
/s/ Glenn F. Russell, Jr.
Glenn F. Russell, Jr.
BBO# 656914
38 Rock Street, Suite #12
Fall River, MA 02720
(888) 400-9318
russ45eq@gmail.com

CERTIFICATE OF SERVICE

I, Glenn F. Russell, Jr., do hereby certify that on the 14th day of April 2025, I served the Debtors' Counsel's Notice of Withdrawal as Counsel, to the following parties via electronic mail and submission to the ECF System, and/or by USPS postage prepaid to the following:.

Richard King
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee Boston
P. 0. Box 8250
Boston, MA 02114

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

John Ullian, Esq.
Amy Puliafico
The Law Firm of Ullian and Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184

The Bank of New York Mellon
Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

Federal Home Loan Mortgage Corporation
Jason Giguere
Orlans, PC
P.O. Box 540540
Waltham, MA 02454

Chloe, LLC
c/o Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01068

28 Berkshire Ave LLC
Peter Pasciucco
50 Redfield Street, Suite 201
Boston, MA 02122

Federal Home Loan Mortgage Corporation
Joseph Dolben
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

Federal Home Loan Mortgage Corporation
Brian M Kiser
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886

American Building Construction, Inc.
82 Union St.
Quincy, MA 02169


                <u>/s/Glenn F. Russell, Jr.</u>
                 Glenn F. Russell, Jr.