

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| John Malone | Chapter 13 |
| Debtor(s) | 24-10885-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

Hybrid Hearing on #106 Motion filed by Debtor John Malone for Sale of Property free and clear of liens under Section 363(f) Re: 26 Savin Hill Avenue, Dorchester, MA.

**Decision set forth more fully as follows:**

WITHIN 21 DAYS, THE DEBTOR SHALL FILE A SUPPLEMENT TO THE MOTION FOR SALE OF PROPERTY WITH ANY REVISED AGREEMENT OR RELIEF BEING SOUGHT. NOTWITHSTANDING THAT THE DEBTOR APPEARS TO HAVE SEVERAL OPTIONS AND SOME FLEXIBILITY, GIVEN A POTENTIAL SALE ON A BROAD RANGE OF TERMS WILL PAY ALL CREDITORS IN FULL AND THE COURT WILL TAKE THE DEBTOR?S WISHES INTO ACCOUNT, THE COURT MUST BE SATISFIED IN CONNECTION WITH ANY PROPOSED TRANSACTION THAT THE PROPOSED TRANSACTION IS IN THE BEST INTEREST OF THE ESTATE AND THE DEBTOR.

COUNSEL TO THE DEBTOR SHALL CONFER WITH THE DEBTOR REGARDING BOTH THE OPTION OF SELLING THE PROPERTY SUBJECT TO A LIFE ESTATE AND SELLING THE PROPERTY OUTRIGHT AND UTILIZING SURPLUS PROCEEDS TO OBTAIN ALTERNATIVE HOUSING, INCLUDING, FOR EXAMPLE, ASSISTED LIVING ARRANGEMENTS IF APPROPRIATE FOR THE DEBTOR.

THE COURT UNDERSTANDS THE DEBTOR WILL SEEK TO EMPLOY A REAL ESTATE ATTORNEY TO REVIEW ANY PROPOSED TRANSACTION AS STATED BY HIS COUNSEL ON THE RECORD. THE COURT ALSO ENCOURAGES THE DEBTOR TO CONSIDER EMPLOYING THE SERVICES OF A DISINTERESTED FINANCIAL PLANNER/ELDER LAW ATTORNEY TO ADVISE THE DEBTOR AND HIS BANKRUPTCY COUNSEL REGARDING ALL OF HIS OPTIONS, WHICH PROFESSIONAL?S EMPLOYMENT PRESUMABLY WOULD BE BENEFICIAL TO THE DEBTOR IN DEMONSTRATING THAT THE TRANSACTION HE ULTIMATELY CHOOSES AND SEEKS APPROVAL OF FROM THIS COURT IS IN HIS BEST INTERESTS AND HAS BEEN MADE WITHOUT UNDUE INFLUENCE.

Dated: 04/18/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge