# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

**In Re:**

    **John Malone,**                                               **Chapter 13**

                                                            **Case No. 24-10885**

    **Debtor**

_____

## MOTION TO EXTEND TIME TO FILE SUPPLEMENT TO MOTION FOR SALE

    Now comes the Debtor and requests an extension of time for filing his supplement to his Motion for Sale for fourteen days, due to the following:

1. Debtor filed a bankruptcy petition on May 8, 2024.

2. On April 17, 2025, after a hearing, Debtor was ordered to file a supplement to his Motion for Sale.

3. Debtor has met with bankruptcy counsel to review his options including selling with a life estate, selling without a life estate, and a reverse mortgage.

4. Debtor has retained a real estate attorney, Andrew Coppo to negotiate a new Purchase and Sale Agreement for him. Attorney Coppo needs additional time to speak with all bidders and enter into the Agreement.

Wherefore, the Debtor requests the Court allow as follows:

1. An extension of time to file his supplement to his Motion for Sale until May 22, 2025.

2. For such other and further relief as the Court deems just.

                                                                             Debtor,
                                                                             by his attorney,

Date: May 7, 2025                                              /s/ John Ullian
                                                                             John Ullian, Esq. BBO: 542786
                                                                             Amy Puliafico, Esq. BBO: 682332
                                                                             The Law Firm of Ullian & Associates, P.C.
                                                                             220 Forbes Road, Suite 106
                                                                             Braintree, MA 02184
                                                                             781-848-5980

## CERTIFICATE OF SERVICE

I, John Ullian, hereby certify under the pains and penalties of perjury that I served the **MOTION TO EXTEND TIME TO FILE SUPPLEMENT TO MOTION FOR SALE** by ECF or mailing a copy of same, postage prepaid, to interested parties listed below.

| | |
|---|---|
| Carolyn Bankowski<br>Chapter 13 Trustee Boston<br>P.O. Box 8250<br>Boston, MA 02114 | Office of the US Trustee<br>John W. McCormack Post Office & Court House<br>5 Post Office Square, 10th Floor, Suite 1000<br>Boston, MA 02109 |
| John Malone<br>28 Savin Hill Avenue<br>Dorchester, MA 02125 | 28 Berkshire Ave LLC<br>Peter Pasciucco<br>50 Redfield Street, Suite 201<br>Boston, MA 02122 |
| American Building Construction, Inc.<br>82 Union St.<br>Quincy, MA 02169 | Chloe, LLC<br>c/o Ehrhard & Associates, P.C.<br>27 Mechanic Street, Suite 101<br>Worcester, MA 01068 |
| Federal Home Loan Mortgage Corporation<br>Jason Giguere<br>Zwicker & Associates, P.C.<br>80 Minuteman Road<br>Andover, MA 01810 | Federal Home Loan Mortgage Corporation<br>Joseph Dolben<br>Harmon Law Offices, P.C.<br>150 California Street<br>Newton, MA 02458 |
| Federal Home Loan Mortgage Corporation<br>Brian M Kiser<br>Marinosci Law Group, P.C.<br>275 West Natick Road, Suite 500<br>Warwick, RI 02886 | The Bank of New York Mellon<br>Marcus Pratt<br>Korde & Associates, P.C.<br>900 Chelmsford Street<br>Suite 3102<br>Lowell, MA 01851 |

Dated: May 7, 2025

/s/ John Ullian
John Ullian, Esq. BBO: 542786
Amy Puliafico, Esq. BBO: 682332
The Law Firm of Ullian & Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
781-848-5980