# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In Re:

**John Malone,**  **Chapter 13**
**Debtor**  **Case No. 24-10885-CJP**

---

## STATEMENT OF DEBTOR'S COUNSEL/SUPPLEMENTAL TO MOTION FOR SALE

    Debtor was ordered to file a supplement to his Motion to Sell. Myself or my colleague have reviewed all of the counter-offers with Debtor, advised him to speak to a real estate agent (I provided him the name of a real estate agent in his area), discussed selling the property outright (without a life estate), discussed other options such as a reverse mortgage, advised him to speak to new real estate counsel (Debtor obtained a real estate attorney), advised him to speak to an elder law attorney (I provided him the name of a potential attorney), and Attorney Puliafico and I have both advised the Debtor that we do not believe the offer he wants to accept is in his best interests.

    Despite these options and the information we provided him, Debtor wants to proceed with the original Motion to Sell and original Purchase and Sale Agreement dated December 17, 2024 and filed with the docket with the Motion for Sale (Document 106) for $240,000.00 plus a life estate. Debtor has maintained this same position after multiple conversations and meetings with him during the past few weeks.

    Therefore, Debtor's counsel, John Ullian, requests that the Court act on the original Motion for Sale.

                                           Respectfully submitted

Date: May 22, 2025                    /s/ John Ullian
                                          John Ullian, Esq.
                                          The Law Firm of Ullian and Associates, P.C.
                                          220 Forbes Road, Suite 106
                                          Braintree, MA 02184
                                          (781) 848-5980
                                          BBO #542772

## CERTIFICATE OF SERVICE

I, Amy Puliafico, hereby certify under the pains and penalties of perjury that I served **Statement of Debtor's Counsel/Supplement to Motion for Sale** by ECF or mailing a copy of same, postage prepaid, to the interested parties listed below and on the attached Matrix.

John Fitzgerald, Office of the US Trustee
JW McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

American Building Construction, Inc.
82 Union St.
Quincy, MA 02169

Federal Home Loan Mortgage Corporation
Jason Giguere
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

Federal Home Loan Mortgage Corporation
Brian M Kiser
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886

Carolyn Bankowski
Chapter 13 Trustee
PO Box 8250
Boston, MA 02114

28 Berkshire Ave LLC
Peter Pasciucco
50 Redfield Street, Suite 201
Boston, MA 02122

Chloe, LLC
c/o Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01068

Federal Home Loan Mortgage Corporation
Joseph Dolben
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

The Bank of New York Mellon
Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street
Suite 3102
Lowell, MA 01851

Date:   May 22, 2025

/s/ John Ullian
John Ullian, Esq. BBO #542772
The Law Firm of Ullian and Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-1<br>Case 24-10885<br>District of Massachusetts<br>Boston<br>Thu May  8 09:06:01 EDT 2025 | American Building Construction, Inc.<br>82 Union St.<br>Quincy, MA 02169-6973 | Chloe, LLC<br>c/o Ehrhard & Associates, P.C.<br>27 Mechanic Street, Suite 101<br>Worcester, MA 01068 United States 01608 |
| Boston<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945 | Attn: Massachusetts Dept. of Revenue<br>Bankruptcy Unit<br>PO Box 7090 Boston, MA 02204 | Bank of America, N.A.<br>475 Cross Point Pk<br>Getzville, NY 14068-1609 |
| Boston Water and Sewer Commission<br>980 Harrison Avenue<br>Boston, MA 02119-2530 | Boston Water and Sewer Commission<br>P.O. Box 55466<br>Boston, MA 02205-5466 | City of Boston Real Estate Tax<br>CITY OF BOSTON,  BOX 55808<br>Boston, MA 02205 |
| Discover Bank<br>2479 Edison Blvd, Unity A<br>Twinsburg, OH 44087-2475 | Fed Home Loan Mortgage Corp as Trustee<br>26 Savin Hill Ave<br>Dorchester, MA 02125-4099 | Fed Home Loan Mortgage Corp as Trustee<br>c/o Specialized Loan Servicing<br>P.O. Box 636005<br>Littleton, CO 80163-6005 |
| Federal Home Loan Mortgage Corp. Trustee (Se<br>c/o Newrez LLC<br>dba Shellpoint Mortgage Servicing<br>(fka Specialized Loan Servicing LLC)<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111-4720 | Federal Home Loan Mortgage Corp. Trustee for<br>Freddie Mac Seasoned Credit Risk<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826 Greenville<br>Greenville, SC 29603-0826 | National Grid<br>P.O. Box 371338<br>Pittsburgh, PA 15250-7338 |
| Specialized Loan Servicing, LLC<br>Specialized Loan Servicing LLC<br>P.O. Box 636005<br>Littleton, CO 80163-6005 | The Bank of NY Mellon Indenture Trustee<br>c/o Bank of America, N.A.<br>475 Cross Point Pkwy PO Box 9000<br>Getzville, NY 14068-9000 | The Bank of New York Mellon<br>c/o Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 |
| Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114-0950 | John Malone<br>28 Savin Hill Avenue<br>Dorchester, MA 02125 | John A. Ullian<br>The Law Firm of Ullian & Associates, P.C<br>220 Forbes Road, Suite 106<br>Braintree, MA 02184-2711 |
| Richard King - B<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3934 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)28 Berkshire Ave LLC | (u)Federal Home Loan Mortgage Corporation, as | (u)The Bank of New York Mellon FKA The Bank |