

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>John Malone<br><br>Debtor | Chapter 13<br>24-10885-CJP |

## ORDER

**MATTER:**

#150 Supplemental Document: /Statement of Debtor's Counsel with certificate of service (Re: 106 Motion to Sell) filed by Debtor John Malone.

THE COURT HEREBY SCHEDULES A STATUS CONFERENCE ON THE SUPPLEMENTAL STATEMENT TO THE SALE MOTION [ECF NO. 150] FOR JUNE 5, 2025 AT 1:00 P.M. IN COURTROOM 1, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MASSACHUSETTS 02109, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. TO OBTAIN VIDEO ACCESS INFORMATION FOR THE STATUS CONFERENCE, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN JUNE 4, 2025 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO. THE DEBTOR SHALL APPEAR AT THE STATUS CONFERENCE AND MAY DO SO BY VIDEO.

Dated: 05/29/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge