

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| John Malone<br>Debtor(s) | Chapter 13<br>24-10885-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#150 Statement of Debtor's Counsel (Re: #106 Motion to Sell) filed by Debtor John Malone (Ullian, John)

**Decision set forth more fully as follows:**

HYBRID STATUS CONFERENCE HELD AND CONTINUED TO JULY 23, 2025 AT 1:00 P.M. IN COURTROOM 1, 12TH FLOOR, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MA WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO. PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN JULY 22, 2025 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 06/17/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge