June 11, 2025

RE
John Malone

Chapter 13
Case No 24-10885CP

Notice to Appear
and Request for Notice

To: The Clerk of Court and all Parties of record

I am the Housing Specialist with City of Boston assigned to assist Mr John Malone with his Housing Issues/as an advocate/Guidance. Please see My Attached Business Card for Contact Information. I will be Providing the Judge an update on My findings.

Elsie Dias
City of Boston
Housing Specialist
617-635-4371
elsie.dias@boston.gov

**CITY of BOSTON** 617
635-4871
617-459
8848

**ELSIE DIAS**
Housing Specialist
Age Strong Commission
1 City Hall Square, Boston, MA 02201
Elsie.Dias@boston.gov
~~617-635-3994 (w)~~