UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

John Malone,                                                                Chapter 13
Debtor                                                                       Case No. 24-10885

MOTION TO WITHDRAW DEBTOR'S MOTION FOR SALE
AND SUPPLEMENTAL MOTION FOR SALE

Now comes the Debtor and requests the Court approve Debtor's withdrawal of his Motion to Sell Real Estate (Doc 97) and his Supplemental Motion for Sale (Doc 150). In support of this Motion, Debtor states that Judge Panos ruled that he will not approve the Motion. Debtor is now seeking to accept a significantly higher offer on the real estate. Debtor intends to submit a new Motion for Sale within a reasonable time.

**WHEREFORE,** the Debtor requests the following:

1. Withdrawal of Debtor's Motion to Sell Real Estate (Doc 79) and Supplemental Motion for Sale (Doc 150).

2. For such other and further relief as the court deems just.

                                    Debtor,
                                    By his attorney,

Dated: July 3, 2025                 /s/ John Ullian
                                    John Ullian, Esq., BBO No. 542786
                                    Amy Puliafico, Esq., BBO No. 682332
                                    The Law Firm of Ullian & Associates, P.C.
                                    220 Forbes Road, Suite 106
                                    Braintree, MA 02184
                                    (781) 848-5980

## CERTIFICATE OF SERVICE

I, John Ullian, hereby certify under the pains and penalties of perjury that I served the foregoing **MOTION TO WITHDRAW MOTION FOR SALE AND SUPPLEMENTAL MOTION FOR SALE** by ECF or mailing a copy of same, postage prepaid, to the following interested parties and on the attached matrix.

Office of the US Trustee
John W. McCormack Post Office and Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

American Building Construction, Inc.
82 Union St.
Quincy, MA 02169

Federal Home Loan Mortgage Corp
Jason Giguere
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

Federal Home Loan Mortgage Corp
Brian M Kiser
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886

Carolyn Bankowski
Chapter 13 Trustee
PO Box 8250
Boston, MA 02114

28 Berkshire Ave LLC
Peter Pasciucco
50 Redfield Street
Suite 201
Boston, MA 02122

Chloe, LLC
c/o Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01068

Federal Home Loan Mortgage Corp
Joseph Dolben
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

The Bank of New York Mellon
Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

Date:   July 3, 2025

/s/ John Ullian
John Ullian, Esq., BBO No. 542786
Amy Puliafico, Esq., BBO No. 682332
The Law Firm of Ullian & Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-1<br>Case 24-10885<br>District of Massachusetts<br>Boston<br>Thu May  8 09:06:01 EDT 2025 | American Building Construction, Inc.<br>82 Union St.<br>Quincy, MA 02169-6973 | Chloe, LLC<br>c/o Ehrhard & Associates, P.C.<br>27 Mechanic Street, Suite 101<br>Worcester, MA 01068 United States 01608 |
| Boston<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945 | Attn: Massachusetts Dept. of Revenue<br>Bankruptcy Unit<br>PO Box 7090 Boston, MA 02204 | Bank of America, N.A.<br>475 Cross Point Pk<br>Getzville, NY 14068-1609 |
| Boston Water and Sewer Commission<br>980 Harrison Avenue<br>Boston, MA 02119-2530 | Boston Water and Sewer Commission<br>P.O. Box 55466<br>Boston, MA 02205-5466 | City of Boston Real Estate Tax<br>CITY OF BOSTON,  BOX 55808<br>Boston, MA 02205 |
| Discover Bank<br>2479 Edison Blvd, Unity A<br>Twinsburg, OH 44087-2475 | Fed Home Loan Mortgage Corp as Trustee<br>26 Savin Hill Ave<br>Dorchester, MA 02125-4099 | Fed Home Loan Mortgage Corp as Trustee<br>c/o Specialized Loan Servicing<br>P.O. Box 636005<br>Littleton, CO 80163-6005 |
| Federal Home Loan Mortgage Corp. Trustee (Se<br>c/o Newrez LLC<br>dba Shellpoint Mortgage Servicing<br>(fka Specialized Loan Servicing LLC)<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111-4720 | Federal Home Loan Mortgage Corp. Trustee for<br>Freddie Mac Seasoned Credit Risk<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826 Greenville<br>Greenville, SC 29603-0826 | National Grid<br>P.O. Box 371338<br>Pittsburgh, PA 15250-7338 |
| Specialized Loan Servicing, LLC<br>Specialized Loan Servicing LLC<br>P.O. Box 636005<br>Littleton, CO 80163-6005 | The Bank of NY Mellon Indenture Trustee<br>c/o Bank of America, N.A.<br>475 Cross Point Pkwy PO Box 9000<br>Getzville, NY 14068-9000 | The Bank of New York Mellon<br>c/o Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 |
| Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114-0950 | John Malone<br>28 Savin Hill Avenue<br>Dorchester, MA 02125 | John A. Ullian<br>The Law Firm of Ullian & Associates, P.C<br>220 Forbes Road, Suite 106<br>Braintree, MA 02184-2711 |
| Richard King - B<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3934 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)28 Berkshire Ave LLC | (u)Federal Home Loan Mortgage Corporation, as | (u)The Bank of New York Mellon FKA The Bank |

```
(u)Specialized Loan Servicing, LLC        (u)The Bank of NY Mellon Indenture Trustee        End of Label Matrix
                                                                                            Mailable recipients   21
                                                                                            Bypassed recipients    5
                                                                                            Total                 26
```