

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| John Malone | Chapter 13 |
| | 24-10885-CJP |
| Debtor(s) | |

## AMENDED ORDER

**MATTER:**

#169 Assented To Motion filed by Creditor The Bank of New York Mellon to Continue Hearing Re: #42 Objection to Confirmation of #39 Amended Chapter 13 Plan.

ALLOWED. THE HEARING SCHEDULED FOR 07/08/2025 IS CONTINUED TO 08/13/2025 AT 2:30 P.M. MOVANT TO SERVE NOTICE OF THE CONTINUED HEARING ON ALL PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE. TO PARTICIPATE AT THE HEARING, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

Dated: 07/07/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge