

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>John Malone<br><br>Debtor | Chapter 13<br>24-10885-CJP |

## ORDER

**MATTER:**

#168 Motion filed by Debtor John Malone to Withdraw.

THE MOTION TO WITHDRAW [ECF NO. 168] IS GRANTED AS FOLLOWS. THE MOTION TO SELL PROPERTY [ECF NO. 97], THE MOTION FOR ENTRY OF ORDER AUTHORIZING AND APPROVING PRIVATE SALE [ECF NO. 106], AND THE STATEMENT OF DEBTOR'S COUNSEL /SUPPLEMENTAL TO MOTION FOR SALE [ECF NO. 150] ARE HEREBY WITHDRAWN. THE STATUS CONFERENCE SCHEDULED FOR JULY 23, 2025 IS CANCELED AS UNNECESSARY.

Dated: 07/07/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge