

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>John Malone<br>Debtor(s) | Chapter 13<br>24-10885-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#42 Objection to Confirmation of #39 Amended Chapter 13 Plan filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity.

**Decision set forth more fully as follows:**

HEARING HELD. THE COURT WILL SET A FURTHER HEARING DATE AFTER THE SALE MOTION DISCUSSED ON THE RECORD HAS BEEN FILED.

Dated: 08/15/2025

By the Court,

_Christopher J. Panos_
United States Bankruptcy Judge