United States Bankruptcy Court
District of Massachusetts

In re:  Case No. 24-10885-cjp
John Malone  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | John Malone, 28 Savin Hill Avenue, Dorchester, MA 02125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2025      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian M Kiser | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 bkiser@mlg-defaultlaw.com, MLGBK@ecf.courtdrive.com |
| Carolyn Bankowski-13-12 | 13trustee@ch13boston.com |
| James P. Ehrhard | on behalf of Interested Party Chloe LLC ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com |
| John A. Ullian | on behalf of Debtor John Malone john@ullianlaw.com johnullian@ecf.inforuptcy.com |
| Joseph Dolben | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 mabk@harmonlaw.com, jdolben@ecf.courtdrive.com |
| Marcus Pratt | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity bankruptcy@kordeassociates.com |
| Richard King - B | |

| | | |
|---|---|---|
| District/off: 0101-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

USTPRegion01.BO.ECF@USDOJ.GOV

TOTAL: 7



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| John Malone | Chapter 13 |
| Debtor(s) | 24-10885-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#42 Objection to Confirmation of #39 Amended Chapter 13 Plan filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity.

**Decision set forth more fully as follows:**

HEARING HELD. THE COURT WILL SET A FURTHER HEARING DATE AFTER THE SALE MOTION DISCUSSED ON THE RECORD HAS BEEN FILED.

Dated: 08/15/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge