**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In Re:**

| | |
|---|---|
| **John Malone,** | **Chapter 13** |
| **Debtor** | **Case No.  24-10885-CJP** |

_____

**OPPOSITION BY DEBTOR TO NEWREZ LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

    Now come the Debtor and opposes the Motion for Relief from Automatic Stay filed by NewRez LLC.  In support of this Opposition the Debtor states as follows:

1. Admitted.

2. Denied as the Plan has not been confirmed.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Neither admitted nor denied as Debtor is uncertain as to the exact amount due.

10. Admitted.

11. Admitted, but the mortgage will be paid in full from a sale of the Debtor's real estate.  Debtor anticipates filing a Motion for Sale within seven days.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Denied as Debtor will pay mortgage in full from a sale of the Debtor's real estate.  Debtor anticipates filing a Motion for Sale within seven days.

WHEREFORE, the Debtor requests the Court find as follows:

1. The Motion for Relief filed by NewRez LLC be denied.

2. For such other relief as the Court deems just.

          Debtor,
          By his attorney,

Dated: September 10, 2025        /s/ John Ullian
          John Ullian, Esq. BBO No. 542786
          Amy Puliafico, Esq. BBO No. 682332
          The Law Firm of Ullian & Associates, P.C.
          220 Forbes Road, Suite 106
          Braintree, MA 02184
          (781) 848-5980

## CERTIFICATE OF SERVICE

    I, John Ullian, hereby certify under the pains and penalties of perjury that I served the foregoing **OPPOSITION BY DEBTOR TO NEWREZ LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY** by ECF or by mailing a copy of same postage prepaid to the following interested parties:

| | |
|---|---|
| Richard King<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 | Carolyn Bankowski<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 |
| John Malone<br>28 Savin Hill Avenue<br>Dorchester, MA 02125 | NewRez LLC<br>Brian Kiser, Esq<br>Marinosci Law Group PC<br>275 West Natick Road, Suite 500<br>Warwick RI 02886 |

| | |
|---|---|
| Date: September 10, 2025 | /s/ John Ullian<br>John Ullian, Esq. BBO No. 542786<br>Amy Puliafico, Esq. BBO No. 682332<br>The Law Firm of Ullian & Associates, P.C.<br>220 Forbes Road, Suite 106<br>Braintree, MA 02184<br>(781) 848-5980 |