## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**In Re:**

    **John Malone,**                **Chapter 13**

                                 **Case No. 24-10885**

    **Debtor**

---

## MOTION TO APPROVE FIRST INTERIM FEE APPLICATION OF THE LAW FIRM OF ULLIAN AND ASSOCIATES, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR

      Now comes counsel to the Debtor and requests approval of its First Interim Fee Application of The Law Firm of Ullian and Associates, P.C. For Compensation and Reimbursement of Expenses as Counsel to the Debtor.

**Wherefore,** counsel to the Debtor requests the Court allow as follows:

1. Approval of the First Interim Fee Application of The Law Firm Of Ullian and Associates, P.C. For Compensation and Reimbursement of Expenses as Counsel to the Debtor.

2. For such other and further relief as the Court deems just.

Date: October 9, 2025                /s/ John Ullian, Esq.
                                   John Ullian, Esq.
                                   The Law Firm of Ullian & Associates, P.C.
                                   220 Forbes Road, Suite 106
                                   Braintree, MA 02184
                                   (781) 848-5980
                                   BBO # 542786

## CERTIFICATE OF SERVICE

I, John Ullian, hereby certify under the pains and penalties of perjury that I served the foregoing:

1. Motion to Approve First Interim Fee Application of The Law Firm Of Ullian and Associates, P.C. For Compensation and Reimbursement Of Expenses as Counsel to the Debtor, and
2. First Interim Fee Application of The Law Firm Of Ullian and Associates, P.C. For Compensation and Reimbursement Of Expenses as Counsel to the Debtor

by mailing a copy of same postage prepaid to all interested parties listed below and on the attached service list:

Richard King
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

American Building Construction, Inc.
82 Union St.
Quincy, MA 02169

28 Berkshire Ave LLC
Peter Pasciucco
50 Redfield Street, Suite 201
Boston, MA 02122

The Bank of New York Mellon
Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

Boston Water and Sewer Commission
Janet M. Mahoney, Assistance General Counsel
980 Harrison Avenue
Boston, MA 02119

Chloe, LLC
c/o Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01068

Andrew Coppo
Greater Boston Title & Escrow LLC
60 Adams Street, #207
Milton, MA 02186

Elsie Dias
Age Strong Commission
1 City Hall Square
Boston, MA 02201

Federal Home Loan Mortgage
Corporation/NewRez
Brian M Kiser
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886

Federal Home Loan Mortgage
Corporation
Jason Giguere
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

Federal Home Loan Mortgage Corporation

Joseph Dolben
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

Date:   October 9, 2025

/s/ John Ullian
John Ullian, Esq.
The Law Firm of Ullian and Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980

Label Matrix for local noticing
0101-1
Case 24-10885
District of Massachusetts
Boston
Thu Oct  9 08:58:26 EDT 2025

American Building Construction, Inc.
82 Union St.
Quincy, MA 02169-6973

Boston Water and Sewer Commission
980 Harrison Avenue
Boston, MA 02119-2530

Chloe, LLC
c/o Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01068 United States 01608

NewRez LLC d/b/a Shellpoint Mortgage Servici
Marinosci Law Group PC
275 West Natick Road, Suite 500
Warwick, RI 02886-1161

Boston
U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

Attn: Massachusetts Dept. of Revenue
Bankruptcy Unit
PO Box 7090 Boston, MA 02204

Bank of America, N.A.
475 Cross Point Pk
Getzville, NY 14068-1609

Boston Water and Sewer Commission
P.O. Box 55466
Boston, MA 02205-5466

City of Boston Real Estate Tax
CITY OF BOSTON,  BOX 55808
Boston, MA 02205

Discover Bank
2479 Edison Blvd, Unity A
Twinsburg, OH 44087-2475

Fed Home Loan Mortgage Corp as Trustee
26 Savin Hill Ave
Dorchester, MA 02125-4099

Fed Home Loan Mortgage Corp as Trustee
c/o Specialized Loan Servicing
P.O. Box 636005
Littleton, CO 80163-6005

Federal Home Loan Mortgage Corp. Trustee (Se
c/o Newrez LLC
dba Shellpoint Mortgage Servicing
(fka Specialized Loan Servicing LLC)
6200 S. Quebec Street, Suite 300
Greenwood Village, Colorado 80111-4720

Federal Home Loan Mortgage Corp. Trustee for
Freddie Mac Seasoned Credit Risk
c/o Shellpoint Mortgage Servicing
PO Box 10826 Greenville
Greenville, SC 29603-0826

Janet M. Mahoney
Deputy General Counsel
Boston Water and Sewer Commission
980 Harrison Avenue
Boston, MA 02119-2530

National Grid
P.O. Box 371338
Pittsburgh, PA 15250-7338

Specialized Loan Servicing, LLC
Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163-6005

The Bank of NY Mellon Indenture Trustee
c/o Bank of America, N.A.
475 Cross Point Pkwy PO Box 9000
Getzville, NY 14068-9000

The Bank of New York Mellon
c/o Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Andrew Coppo
Greater Boston Title & Escrow LLC
60 Adams Street
#207
Milton, MA 02186-3437

Carolyn Bankowski-13-12
Chapter 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114-0950

Elsie Dias
Age Strong  Commission
1 City Hall Square
Boston, MA 02201-1020

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

John A. Ullian
The Law Firm of Ullian & Associates, P.C
220 Forbes Road, Suite 106
Braintree, MA 02184-2711

Richard King - B
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3934

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.