## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br>John Malone,<br><br>　　　　Debtor. | Case No. 24-10885<br><br>Chapter 13 |

### ASSENTED TO MOTION TO CONTINUE HEARING

Now Comes, NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 ("Creditor") by and through undersigned Counsel and moves the Court to continue the Motion for Relief From Automatic Stay (Doc#: 179) currently scheduled for October 15, 2025 at 2:30PM, and in support thereof states as follows:

1. On August 27, 2025, the Creditor filed its Motion for Relief From Automatic Stay (Doc#: 179).

2. The hearing upon the Motion for Relief From Stay is scheduled for hearing on October 15, 2025, at 2:30PM.

3. The Debtor filed a Motion to Sell (Doc#:183) with a proposed sale date of October 30, 2025 or 14 days of bankruptcy court approval, whichever date occurs later. As such, the parties respectfully request a continuance of thirty (30) days, to allow time for the sale of the home, as this will affect the resolution of the Motion for Relief.

4. Undersigned Counsel contacted Debtor's Counsel who assents to the relief requested in this Motion.

WHEREFORE, the parties request that the hearing upon the Motion for Relief From Automatic Stay be continued for thirty (30) days or a date appropriate for the Court.

Date: October 9, 2025

/s/ Brian M. Kiser
Brian M. Kiser, Esq., BBO #673022
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI  02886
Telephone: (401) 234-9200
bkiser@mlg-defaultlaw.com
bkinquiries@mlg-defaultlaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| In re:<br><br>John Malone,<br>　　　　　Debtor. | Chapter 13<br>Case No.: 24-10885 (CJP) |

## CERTIFICATE OF SERVICE

I, Brian M. Kiser, of Marinosci Law Group, P.C., do hereby certify that on October 9, 2025, I served a copy of the *Assented to Motion to Continue Hearing* on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

Signed this 9th day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　/s/ Brian M. Kiser
　　　　　　　　　　　　　　　　　　　　　　Brian M. Kiser, Esq., BBO #673022
　　　　　　　　　　　　　　　　　　　　　　Marinosci Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　275 West Natick Road, Suite 500
　　　　　　　　　　　　　　　　　　　　　　Warwick, RI  02886
　　　　　　　　　　　　　　　　　　　　　　Telephone: (401) 234-9200
　　　　　　　　　　　　　　　　　　　　　　bkiser@mlg-defaultlaw.com
　　　　　　　　　　　　　　　　　　　　　　bkinquiries@mlg-defaultlaw.com

**VIA ECF**
John A. Ullian, Esq., on behalf of Debtor
Richard King- B, on behalf of Assistant U.S. Trustee
Carolyn Bankowski, on behalf of Trustee
Joseph Dolben, Esq., on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1
Marcus Pratt, Esq., on behalf of The Bank of New York Mellon FKA The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee
Elsie Dias, on behalf of Age Strong Commission

**VIA US MAIL**

| | |
|---|---|
| John Malone<br>28 Savin Hill Avenue<br>Dorchester, MA 02125 | The Bank of New York Mellon c/o Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 |
| City of Boston Real Estate Taxes<br>PO Box 55808<br>Boston, MA 02205 | Boston City Assessing Department<br>1 City Hall Sq, Ste 301<br>Boston, MA 02201 |