

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| John Malone | Chapter 13 |
| | 24-10885-CJP |
| Debtor(s) | |

## ORDER

**MATTER:**

#188 Assented To Motion filed by Creditor Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 to Continue Hearing [Re: #179 Motion for Relief From Stay].

ALLOWED. THE HEARING SCHEDULED FOR 10/15/2025 IS CONTINUED TO 11/19/2025 AT 1:30 P.M. MOVANT TO SERVE NOTICE OF THE CONTINUED HEARING ON ALL PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE. TO PARTICIPATE AT THE HEARING, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

Dated: 10/09/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge