**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| IN RE: | Chapter 13 |
| John Malone, | Case No.: 24-10885 |
| Debtor. | |
| _____/ | |

**NOTICE OF CONTINUED TELEPHONIC HEARING**

Please take note that the hearing with regards to NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1, Motion for Relief From Stay (Doc#: 179) has been continued to **NOVEMBER 19, 2025 at 1:30 PM** before the Honorable Christopher J. Panos.

**TO PARTICIPATE AT THE HEARING, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.**

Signed this 10h day of October, 2025.

/s/ Brian M. Kiser
Brian M. Kiser, Esq. BBO#673022
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02861
Telephone: (401) 234-9200
bkiser@mlg-defaultlaw.com
bkinquiries@mlg-defaultlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| In re: | |
|---|---|
| John Malone, <br>　　　　Debtor. | Chapter 13 <br> Case No.: 24-10885 (CJP) |

## CERTIFICATE OF SERVICE

    I, Brian M. Kiser, of Marinosci Law Group, P.C., do hereby certify that on October 10, 2025, I served a copy of the *Notice of Continued Hearing and Order* (Doc.#189) on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

    Signed this 10th day of October, 2025.

    /s/ Brian M. Kiser
    Brian M. Kiser, Esq., BBO #673022
    Marinosci Law Group, P.C.
    275 West Natick Road, Suite 500
    Warwick, RI  02886
    Telephone: (401) 234-9200
    bkiser@mlg-defaultlaw.com
    bkinquiries@mlg-defaultlaw.com

**VIA ECF**
John A. Ullian, Esq., on behalf of Debtor
Richard King- B, on behalf of Assistant U.S. Trustee
Carolyn Bankowski, on behalf of Trustee
Joseph Dolben, Esq., on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1
Marcus Pratt, Esq., on behalf of The Bank of New York Mellon FKA The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee
Elsie Dias, on behalf of Age Strong Commission

**VIA US MAIL**

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

City of Boston Real Estate Taxes
PO Box 55808
Boston, MA 02205

The Bank of New York Mellon c/o Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Boston City Assessing Department
1 City Hall Sq, Ste 301
Boston, MA 02201



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| John Malone | Chapter 13 |
| | 24-10885-CJP |
| Debtor(s) | |

## ORDER

**MATTER:**

#188 Assented To Motion filed by Creditor Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 to Continue Hearing [Re: #179 Motion for Relief From Stay].

ALLOWED. THE HEARING SCHEDULED FOR 10/15/2025 IS CONTINUED TO 11/19/2025 AT 1:30 P.M. MOVANT TO SERVE NOTICE OF THE CONTINUED HEARING ON ALL PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE. TO PARTICIPATE AT THE HEARING, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

Dated: 10/09/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge