## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:

John Malone,
Debtor

Chapter 13
Case No. 24-10885

## RESPONSE TO BOSTON WATER AND SEWER COMMISSION'S LIMITED OBJECTION TO DEBTOR'S MOTION TO SELL

Now comes the Debtor and responds to Boston Water and Sewer Commission's Limited Objection to Debtor's Motion to Sell as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Neither admitted nor denied as to the amount of post-petition arrears, as Debtor is uncertain as to the amount. Debtor acknowledges that all pre and post-petition charges owed to Boston Water and Sewer Commission need to be paid from the sale of the real estate and has provided for that in his proposed Order.

9. Admitted.

10. Denied, as the Debtor's proposed Order provides for all outstanding water and sewer charges to be paid to Boston Water and Sewer Commission at the closing.

**Wherefore**, the Debtor requests the Court find as follows:

1. Boston Water and Sewer Commission's Objection be denied.

2. For such other relief as the Court deems just.

Debtor,
by his attorney,

Dated: November 18, 2025

/s/ John Ullian
John Ullian, Esq. BBO# 542786
Amy Puliafico, Esq. BBO# 682332
The Law Firm of Ullian & Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980

## CERTIFICATE OF SERVICE

I, John Ullian, hereby certify under the pains and penalties of perjury that I served the **RESPONSE TO BOSTON WATER AND SEWER COMMISSION'S LIMITED OBJECTION TO DEBTOR'S MOTION TO SELL** by ECF or by mailing a copy of same, postage prepaid, to the following interested parties:

Richard King
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

Boston Water and Sewer Commission
Janet M. Mahoney
Assistance General Counsel
980 Harrison Avenue
Boston, MA 02119

Dated: November 18, 2025

/s/ John Ullian
John Ullian, Esq. BBO No. 542786
The Law Firm of Ullian & Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980