# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In Re:

**John Malone,**
**Debtor**

Chapter 13
Case No. 24-10885

## RESPONSE TO FEDERAL HOME LOAN MORTGAGE COMPANY'S RESPONSE TO DEBTOR'S MOTION TO SELL

Now comes the Debtor and responds to Federal Home Loan Mortgage Company's Response to Debtor's Motion to Sell as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Neither admitted nor denied as to the amount of post-petition arrears, as Debtor is uncertain as to the amount. Debtor acknowledges that the mortgage to Federal Home Loan Mortgage Company needs to be paid from the sale of the real estate and has provided for that in his proposed Order.

7. Debtor acknowledges that the mortgage to Federal Home Loan Mortgage Company needs to be paid from the sale of the real estate and has provided for that in his proposed Order.

8. Denied, as all communications should go through Debtor's counsel and not directly with Debtor.

9. Neither admitted nor denied as no response is required.

**Wherefore**, the Debtor requests the Court find as follows:

2. Federal Home Loan Mortgage Company's Response be denied.

2. For such other relief as the Court deems just.

Debtor,
by his attorney,

Dated: November 18, 2025

/s/ John Ullian
John Ullian, Esq. BBO# 542786
Amy Puliafico, Esq. BBO# 682332
The Law Firm of Ullian & Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980

## CERTIFICATE OF SERVICE

I, John Ullian, hereby certify under the pains and penalties of perjury that I served the **RESPONSE TO FEDERAL HOME LOAN MORTGAGE COMPANY'S RESPONSE TO DEBTOR'S MOTION TO SELL** by ECF or by mailing a copy of same, postage prepaid, to the following interested parties:

Richard King
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

Federal Home Loan Mortgage Corporation
Brian M Kiser
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886

Federal Home Loan Mortgage Corporation
Jason Giguere
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

Federal Home Loan Mortgage Corporation
Joseph Dolben
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

Dated: November 18, 2025

/s/ John Ullian
John Ullian, Esq. BBO No. 542786
The Law Firm of Ullian & Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980