

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>John Malone,<br><br>Debtor | Chapter 13<br>24-10885-CJP |

## ORDER

**MATTER:**

#185 Motion filed by Debtor John Malone to Approve [Re: 184 Application for Compensation].

     NO OBJECTIONS HAVING BEEN FILED, THE COURT HEREBY GRANTS THE MOTION TO APPROVE [ECF NO. 185] AND ALLOWS THE FIRST INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [ECF NO. 184] FOR COUNSEL TO THE DEBTOR IN THE AMOUNT OF $10,135.15, COMPRISED OF FEES OF $9,816.50 AND EXPENSES OF $318.65. THE CHAPTER 13 TRUSTEE SHALL PAY THE FOREGOING ADMINISTRATIVE EXPENSE CLAIM TO COUNSEL, LESS, TO THE EXTENT APPLICABLE, ANY RETAINER AND ANY AMOUNTS THAT HAVE VOLUNTARILY BEEN WAIVED, FROM FUNDS ON HAND (1) PURSUANT TO THE TERMS OF A CONFIRMED PLAN OR (2) UPON DISMISSAL OR CONVERSION IN ACCORDANCE WITH 11 U.S.C. SECTION 1326(A)(2) AFTER DEDUCTION OF THE TRUSTEE'S OUTSTANDING FEES. THE HEARING SCHEDULED FOR 11/19/2025 IS CANCELED.

Dated: 11/19/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge