

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:     John Malone<br>                    Debtor | Chapter 13<br>24-10885-CJP |

## ORDER RESCHEDULING HEARING

**MATTER:**

#42 Objection to Confirmation of Plan (RE: 39 Amended Chapter 13 Plan) filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N. A., as Trustee on behalf of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity.

AS THE COURT IS SCHEDULING THE SALE HEARING FOR DECEMBER 9, 2025 AT 2:00 P.M., THE COURT HEREBY CONTINUES THE NOVEMBER 19, 2025 HEARING ON ECF NO. 42 TO THAT DATE AND TIME AS WELL FOR JUDICIAL ECONOMY. (THE "RESCHEDULED HEARING").

THE RESCHEDULED HEARING WILL BE CONDUCTED IN COURTROOM 1, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MASSACHUSETTS 02109, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO.

TO OBTAIN VIDEO ACCESS INFORMATION FOR THE HEARING, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB. USCOURTS.GOV NO LATER THAN DECEMBER 8, 2025 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 11/19/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge