# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE: | Chapter 13 |
| John Malone, | Case No. 24-10885 |
| Debtor. | |
| _____/ | |

## NOTICE OF CONTINUED TELEPHONIC HEARING

Please take note that the hearing with regards to NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1, Motion for Relief From Stay (Doc#: 179) has been continued to **DECEMBER 9, 2025 at 2:00 PM** before the Honorable Christopher J. Panos.

THE RESCHEDULED HEARING WILL BE CONDUCTED IN COURTROOM 1, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MASSACHUSETTS 02109, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO.

TO OBTAIN VIDEO ACCESS INFORMATION FOR THE HEARING, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN DECEMBER 8, 2025 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Signed this 20th day of November, 2025.

/s/ Brian M. Kiser
Brian M. Kiser, Esq. BBO#673022
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02861
Telephone: (401) 234-9200
bkiser@mlg-defaultlaw.com
bkinquiries@mlg-defaultlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| In re:<br><br>John Malone,<br>　　　　　Debtor. | Chapter 13<br>Case No.: 24-10885 (CJP) |

# CERTIFICATE OF SERVICE

I, Brian M. Kiser, of Marinosci Law Group, P.C., do hereby certify that on November 20, 2025, I served a copy of the *Notice of Continued Hearing and Order* (Doc.#205) on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

Signed this 20th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　/s/ Brian M. Kiser
　　　　　　　　　　　　　　　　　　　　　　Brian M. Kiser, Esq., BBO #673022
　　　　　　　　　　　　　　　　　　　　　　Marinosci Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　275 West Natick Road, Suite 500
　　　　　　　　　　　　　　　　　　　　　　Warwick, RI  02886
　　　　　　　　　　　　　　　　　　　　　　Telephone: (401) 234-9200
　　　　　　　　　　　　　　　　　　　　　　bkiser@mlg-defaultlaw.com
　　　　　　　　　　　　　　　　　　　　　　bkinquiries@mlg-defaultlaw.com

**VIA ECF**
John A. Ullian, Esq., on behalf of Debtor
Richard King- B, on behalf of Assistant U.S. Trustee
Carolyn Bankowski, on behalf of Trustee
Joseph Dolben, Esq., on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1
Marcus Pratt, Esq., on behalf of The Bank of New York Mellon FKA The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee
Elsie Dias, on behalf of Age Strong Commission

**VIA US MAIL**

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

City of Boston Real Estate Taxes
PO Box 55808
Boston, MA 02205

The Bank of New York Mellon c/o Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Boston City Assessing Department
1 City Hall Sq, Ste 301
Boston, MA 02201



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:     John Malone<br>           Debtor | Chapter 13<br>24-10885-CJP |

## ORDER RESCHEDULING HEARING

**MATTER:**

#179 Motion filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 for Relief from Stay Re: 26 Savin Hill Ave, Dorchester, MA 02125-1826.

AS THE COURT IS SCHEDULING THE SALE HEARING FOR DECEMBER 9, 2025 AT 2:00 P.M., THE COURT HEREBY CONTINUES THE NOVEMBER 19, 2025 HEARING ON ECF NO. 179 TO THAT DATE AND TIME AS WELL FOR JUDICIAL ECONOMY. (THE "RESCHEDULED HEARING").

THE RESCHEDULED HEARING WILL BE CONDUCTED IN COURTROOM 1, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MASSACHUSETTS 02109, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO.

TO OBTAIN VIDEO ACCESS INFORMATION FOR THE HEARING, PARTIES IN INTEREST SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN DECEMBER 8, 2025 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

Dated: 11/19/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge