# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

**In Re:**

    **John Malone,**                                              **Chapter 13**
                                                                             **Case No. 24-10885**

    **Debtor**

## SUPPLEMENT MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS

John Malone ("Debtor") filed his Motion to Sell Real Estate Free and Clear of Liens on October 7, 2025. Debtor supplements his Motion as he has learned there is another party that needs to be paid from the closing. The City of Boston Inspectional Services Department came and boarded up the property and removed the squatters while the Debtor was hospitalized this summer. The work was contracted by them to Action Emergency Management and a total of $7,278.39 is due, see attached invoice.

**Wherefore**, the Debtor requests that this Court as part of its Order on the Motion for Sale of Real Estate, order the payment to the City of Boston Inspectional Services/Action Emergency Management for $7,278.39 at the real estate closing and for such other relief as the Court deems just.

Date: November 25, 2025                    Debtor,
                                                              by his attorney,

                                                              /s/ John Ullian
                                                              John Ullian, Esq. BBO No. 542786
                                                              Amy Puliafico, Esq. BBO No. 682332
                                                              The Law Firm of Ullian & Associates, P.C.
                                                              220 Forbes Road, Suite 106
                                                              Braintree, MA 02184
                                                              (781) 848-5980

# INVOICE

Action Emergency Management Services
1087 Broadway
Revere, MA 02151

cferullo@action-es.com
+1 (781) 286-3900



**Bill to**
26 Savin Hill Ave 07/11/245
26 Savin Hill Ave
Dorchester, MA 02125

**Ship to**
26 Savin Hill Ave 07/11/245
26 Savin Hill Ave
Dorchester, MA 02125

**Invoice details**
Invoice no.: FB-10334
Terms: Net 30
Invoice date: 07/11/2025
Due date: 08/18/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | Window Opening 2nd Floor ( A Side ) Included | 30"X66" Through bolted | 1 | $0.00 | $0.00 |
| 2. | Window Opening 2nd Floor ( C Side ) Included | 35"X67" Through bolted | 1 | $0.00 | $0.00 |
| 3. | Window Opening 2nd Floor ( C Side ) Included | 37"X84" Through bolted | 1 | $0.00 | $0.00 |
| 4. | Door Opening 1st Floor ( C Side ) Included | 27" 1/2X48" Screwed | 1 | $0.00 | $0.00 |
| 5. | Door Opening 1st Floor ( C Side ) Included | 27" 1/2X48" Screwed | 1 | $0.00 | $0.00 |
| 6. | Door Opening 2nd Floor ( A Side ) Included | 42"X84" Nailed | 1 | $0.00 | $0.00 |
| 7. | 1/2" CDX Plywood | | 6 | $95.00 | $570.00 |
| 8. | 2"x4"x8' (Studs) | | 5 | $9.95 | $49.75 |
| 9. | 8" Bolt | | 12 | $1.00 | $12.00 |
| 10. | Washers | | 12 | $1.20 | $14.40 |
| 11. | Nuts | | 12 | $1.20 | $14.40 |

| # | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12. | 3" Dry Wall Screws | | 1 | $7.12 | $7.12 |
| 13. | Clips of 3" Framing Nails | 1 box used | 1 | $7.25 | $7.25 |
| 14. | Lock Box | Code 7526 | 1 | $160.00 | $160.00 |
| 15. | Large Pad Lock | | 2 | $165.00 | $330.00 |
| 16. | Hasps | | 2 | $55.00 | $110.00 |
| 17. | Slide Bolt | | 1 | $10.00 | $10.00 |
| 18. | Dead Bolts | | 1 | $78.00 | $78.00 |
| 19. | Door Knob | | 1 | $30.47 | $30.47 |
| 20. | Building Permit | #SF1748086 | 1 | $30.00 | $30.00 |
| 21. | Licensed Construction Supervisor | Time for pulling permit | 4 | $145.00 | $580.00 |
| 22. | Licensed Construction Supervisor Deferred Rates | After hour rate | 10 | $217.50 | $2,175.00 |
| 23. | 1 E.S.U. Technician Deferred Rate | After hour rate | 10 | $120.00 | $1,200.00 |
| 24. | 1 E.S.U. Technician Deferred Rate | After hour rate | 10 | $120.00 | $1,200.00 |
| 25. | H-12 E.S.U Truck (Per Hour) | | 10 | $70.00 | $700.00 |

**Total** **$7,278.39**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**In Re:**

    **John Malone,**                                **Chapter 13**
                                                          **Case No. 24-10885**

    **Debtor**

---

### CERTIFICATE OF SERVICE

I, John Ullian, hereby certify under the pains and penalties of perjury that I served the **SUPPLEMENT MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS** by ECF or mailing a copy of same, postage prepaid, to the interested parties listed below and to all creditors on the attached service list.

| | |
|---|---|
| Richard King<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 | Carolyn Bankowski<br>Chapter 13 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 |
| John Malone<br>28 Savin Hill Avenue<br>Dorchester, MA 02125 | American Building Construction, Inc.<br>82 Union St.<br>Quincy, MA 02169 |
| 28 Berkshire Ave LLC<br>Peter Pasciucco<br>50 Redfield Street, Suite 201<br>Boston, MA 02122 | The Bank of New York Mellon<br>Marcus Pratt<br>Korde & Associates, P.C.<br>900 Chelmsford Street, Suite 3102<br>Lowell, MA 01851 |
| Boston Water and Sewer Commission<br>Janet M. Mahoney, Assistance General Counsel<br>980 Harrison Avenue<br>Boston, MA 02119 | Chloe, LLC<br>c/o Ehrhard & Associates, P.C.<br>27 Mechanic Street, Suite 101<br>Worcester, MA 01068 |
| Andrew Coppo<br>Greater Boston Title & Escrow LLC<br>60 Adams Street, #207<br>Milton, MA 02186 | Elsie Dias<br>Age Strong Commission<br>1 City Hall Square<br>Boston, MA 02201 |
| Federal Home Loan Mortgage<br>Corporation/NewRez<br>Brian M Kiser<br>Marinosci Law Group, P.C. | Federal Home Loan Mortgage<br>Corporation<br>Jason Giguere<br>Zwicker & Associates, P.C. |

275 West Natick Road, Suite 500  
Warwick, RI 02886

80 Minuteman Road  
Andover, MA 01810

Federal Home Loan Mortgage Corporation  
Joseph Dolben  
Harmon Law Offices, P.C.  
150 California Street  
Newton, MA 02458

Date:   November 25, 2025

/s/ John Ullian  
John Ullian, Esq.  
220 Forbes Road, Suite 106  
Braintree, MA  02184  
(781) 848-5980  
BBO No. 542786

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-1<br>Case 24-10885<br>District of Massachusetts<br>Boston<br>Thu Oct  9 08:58:26 EDT 2025 | American Building Construction, Inc.<br>82 Union St.<br>Quincy, MA 02169-6973 | Boston Water and Sewer Commission<br>980 Harrison Avenue<br>Boston, MA 02119-2530 |
| Chloe, LLC<br>c/o Ehrhard & Associates, P.C.<br>27 Mechanic Street, Suite 101<br>Worcester, MA 01068 United States 01608 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>Marinosci Law Group PC<br>275 West Natick Road, Suite 500<br>Warwick, RI 02886-1161 | Boston<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945 |
| Attn: Massachusetts Dept. of Revenue<br>Bankruptcy Unit<br>PO Box 7090 Boston, MA 02204 | Bank of America, N.A.<br>475 Cross Point Pk<br>Getzville, NY 14068-1609 | Boston Water and Sewer Commission<br>P.O. Box 55466<br>Boston, MA 02205-5466 |
| City of Boston Real Estate Tax<br>CITY OF BOSTON,   BOX 55808<br>Boston, MA 02205 | Discover Bank<br>2479 Edison Blvd, Unity A<br>Twinsburg, OH 44087-2475 | Fed Home Loan Mortgage Corp as Trustee<br>26 Savin Hill Ave<br>Dorchester, MA 02125-4099 |
| Fed Home Loan Mortgage Corp as Trustee<br>c/o Specialized Loan Servicing<br>P.O. Box 636005<br>Littleton, CO 80163-6005 | Federal Home Loan Mortgage Corp. Trustee (Se<br>c/o Newrez LLC<br>dba Shellpoint Mortgage Servicing<br>(fka Specialized Loan Servicing LLC)<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111-4720 | Federal Home Loan Mortgage Corp. Trustee for<br>Freddie Mac Seasoned Credit Risk<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826 Greenville<br>Greenville, SC 29603-0826 |
| Janet M. Mahoney<br>Deputy General Counsel<br>Boston Water and Sewer Commission<br>980 Harrison Avenue<br>Boston, MA 02119-2530 | National Grid<br>P.O. Box 371338<br>Pittsburgh, PA 15250-7338 | Specialized Loan Servicing, LLC<br>Specialized Loan Servicing LLC<br>P.O. Box 636005<br>Littleton, CO 80163-6005 |
| The Bank of NY Mellon Indenture Trustee<br>c/o Bank of America, N.A.<br>475 Cross Point Pkwy PO Box 9000<br>Getzville, NY 14068-9000 | The Bank of New York Mellon<br>c/o Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | Andrew Coppo<br>Greater Boston Title & Escrow LLC<br>60 Adams Street<br>#207<br>Milton, MA 02186-3437 |
| Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114-0950 | Elsie Dias<br>Age Strong  Commission<br>1 City Hall Square<br>Boston, MA 02201-1020 | John Malone<br>28 Savin Hill Avenue<br>Dorchester, MA 02125 |
| John A. Ullian<br>The Law Firm of Ullian & Associates, P.C<br>220 Forbes Road, Suite 106<br>Braintree, MA 02184-2711 | Richard King - B<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3934 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.