**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

In re:

John Malone,

    Debtor.

_____/

Chapter 13

Case No.: 24-10885 (CJP)

Re: Doc#198 & 200

**CERTIFICATE OF SETTLEMENT CONFERENCE**
**PURSUANT TO MLBR 13-18(e)**

    I, Brian M. Kiser, do hereby state and certify the following:

    On November 18, 2025, at approximately 4:53PM, I sent Debtor's Counsel an email to initiate a Settlement Conference for the purpose of holding a pre-filing conference pursuant to MLBR 13-18(e), regarding the Objection to Confirmation of Plan (Doc. 198) and Debtor's Response (Doc. 200).

    Since then, our office has been communicating with Debtor's Counsel and the conference was held on November 24, 2025 at approximately 9:23AM. The Debtor filed a Motion to Sell and a hearing on the matter is scheduled for December 9, 2025. If the subject property is sold, the result of the sale would effectively moot my client's Objection to Confirmation of Plan. Counsel will continue to remain in contact in an effort to fully resolve all outstanding claims between our respective clients.

    Signed this 25th day of November, 2025.

    <u>/s/ Brian M. Kiser</u>
    Brian M. Kiser, Esq., BBO #673022
    Marinosci Law Group, P.C.
    275 West Natick Road, Suite 500
    Warwick, RI 02886
    Telephone: (401) 234-9200
    bkiser@mlg-defaultlaw.com
    bkinquiries@mlg-defaultlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| In re:<br><br>John Malone,<br>        Debtor. | Chapter 13<br>Case No.: 24-10885 (CJP) |
|---|---|

## **CERTIFICATE OF SERVICE**

I, Brian M. Kiser, of Marinosci Law Group, P.C., do hereby certify that on November 25, 2025, I served a copy of the *Certificate of Conference Pursuant to MLBR 13-18(e)* on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

Signed this 25th day of November, 2025.

    /s/ Brian M. Kiser
Brian M. Kiser, Esq., BBO #673022
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI  02886
Telephone: (401) 234-9200
bkiser@mlg-defaultlaw.com
bkinquiries@mlg-defaultlaw.com

**VIA ECF**
John A. Ullian, Esq., on behalf of Debtor
Richard King- B, on behalf of Assistant U.S. Trustee
Carolyn Bankowski, on behalf of Trustee
Joseph Dolben, Esq., on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1
Marcus Pratt, Esq., on behalf of The Bank of New York Mellon FKA The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee
Elsie Dias, on behalf of Age Strong Commission

**VIA US MAIL**

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

City of Boston Real Estate Taxes
PO Box 55808
Boston, MA 02205

The Bank of New York Mellon c/o Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Boston City Assessing Department
1 City Hall Sq, Ste 301
Boston, MA 02201