

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| John Malone | Chapter 13 |
| | 24-10885-CJP |
| Debtor | |

## ORDER

**MATTER:**

#183 Motion filed by Debtor John Malone for Sale of Property free and clear of liens under Section 363 (f) Re: 26 Savin Hill Avenue, Boston, MA, as supplemented by #212.

NOTWITHSTANDING THE DATE OF THE SALE HEARING PREVIOUSLY REFERENCED ON THE DOCKET, THE COURT IS SCHEDULING THE SALE HEARING FOR DECEMBER 17, 2025 AT 3:30 P.M. SEE NOTICE OF SALE FOR FURTHER DETAILS REGARDING THE SALE HEARING.

Dated: 12/08/2025

By the Court,

Christopher J. Panos
United States Bankruptcy Judge