## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:

    **John Malone,**                                              **Chapter 13**
                                                                                            **Case No. 24-10885**

    **Debtor**

---

### CERTIFICATE OF SERVICE

I, John Ullian, hereby certify under the pains and penalties of perjury that I served the **NOTICE OF INTENDED PRIVATE SALE OF PROPERTY, SOLICIATION OR COUNTEROFFERS, DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS AND HEARING DATE [Doc 215]** by ECF or mailing a copy of same, postage prepaid, to the interested parties listed below and to all creditors on the attached service list.

| | |
|---|---|
| Richard King<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 | Carolyn Bankowski<br>Chapter 13 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 |
| John Malone<br>28 Savin Hill Avenue<br>Dorchester, MA 02125 | American Building Construction, Inc.<br>82 Union St.<br>Quincy, MA 02169 |
| 28 Berkshire Ave LLC<br>Peter Pasciucco<br>50 Redfield Street, Suite 201<br>Boston, MA 02122 | The Bank of New York Mellon<br>Marcus Pratt<br>Korde & Associates, P.C.<br>900 Chelmsford Street, Suite 3102<br>Lowell, MA 01851 |
| Boston Water and Sewer Commission<br>Janet M. Mahoney, Assistance General Counsel<br>980 Harrison Avenue<br>Boston, MA 02119 | Chloe, LLC<br>c/o Ehrhard & Associates, P.C.<br>27 Mechanic Street, Suite 101<br>Worcester, MA 01068 |
| Andrew Coppo<br>Greater Boston Title & Escrow LLC<br>60 Adams Street, #207<br>Milton, MA 02186 | Elsie Dias<br>Age Strong Commission<br>1 City Hall Square<br>Boston, MA 02201 |
| Federal Home Loan Mortgage<br>Corporation/NewRez<br>Brian M Kiser | Federal Home Loan Mortgage<br>Corporation<br>Jason Giguere |

Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886

Federal Home Loan Mortgage Corporation
Joseph Dolben/Nicholas Danforth
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

Date:   December 9, 2025

Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

NewRez LLC
Brian M Kiser
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886

/s/ John Ullian
John Ullian, Esq.
220 Forbes Road, Suite 106
Braintree, MA  02184
(781) 848-5980
BBO No. 542786

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-1<br>Case 24-10885<br>District of Massachusetts<br>Boston<br>Tue Dec  9 11:14:15 EST 2025 | American Building Construction, Inc.<br>82 Union St.<br>Quincy, MA 02169-6973 | Boston Water and Sewer Commission<br>980 Harrison Avenue<br>Boston, MA 02119-2530 |
| Chloe, LLC<br>c/o Ehrhard & Associates, P.C.<br>27 Mechanic Street, Suite 101<br>Worcester, MA 01068 United States 01608 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>Marinosci Law Group PC<br>275 West Natick Road, Suite 500<br>Warwick, RI 02886-1161 | Boston<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945 |
| Attn: Massachusetts Dept. of Revenue<br>Bankruptcy Unit<br>PO Box 7090 Boston, MA 02204 | Bank of America, N.A.<br>475 Cross Point Pk<br>Getzville, NY 14068-1609 | Boston Water and Sewer Commission<br>P.O. Box 55466<br>Boston, MA 02205-5466 |
| City of Boston Real Estate Tax<br>CITY OF BOSTON,  BOX 55808<br>Boston, MA 02205 | Discover Bank<br>2479 Edison Blvd, Unity A<br>Twinsburg, OH 44087-2475 | Fed Home Loan Mortgage Corp as Trustee<br>26 Savin Hill Ave<br>Dorchester, MA 02125-4099 |
| Fed Home Loan Mortgage Corp as Trustee<br>c/o Specialized Loan Servicing<br>P.O. Box 636005<br>Littleton, CO 80163-6005 | Federal Home Loan Mortgage Corp. Trustee (Se<br>c/o Newrez LLC<br>dba Shellpoint Mortgage Servicing<br>(fka Specialized Loan Servicing LLC)<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111-4720 | Federal Home Loan Mortgage Corp. Trustee for<br>Freddie Mac Seasoned Credit Risk<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826 Greenville<br>Greenville, SC 29603-0826 |
| Janet M. Mahoney<br>Deputy General Counsel<br>Boston Water and Sewer Commission<br>980 Harrison Avenue<br>Boston, MA 02119-2530 | National Grid<br>P.O. Box 371338<br>Pittsburgh, PA 15250-7338 | Specialized Loan Servicing, LLC<br>Specialized Loan Servicing LLC<br>P.O. Box 636005<br>Littleton, CO 80163-6005 |
| The Bank of NY Mellon Indenture Trustee<br>c/o Bank of America, N.A.<br>475 Cross Point Pkwy PO Box 9000<br>Getzville, NY 14068-9000 | The Bank of New York Mellon<br>c/o Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | Andrew Coppo<br>Greater Boston Title & Escrow LLC<br>60 Adams Street<br>#207<br>Milton, MA 02186-3437 |
| Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114-0950 | Elsie Dias<br>Age Strong  Commission<br>1 City Hall Square<br>Boston, MA 02201-1020 | John Malone<br>28 Savin Hill Avenue<br>Dorchester, MA 02125 |
| John A. Ullian<br>The Law Firm of Ullian & Associates, P.C<br>220 Forbes Road, Suite 106<br>Braintree, MA 02184-2711 | Richard King - B<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3934 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.