857 Beacon Street, LLC or Nominee
7 Harvard Street
Brookline, MA  02445
Tel:  (617)277-1166   Fax:  (617)734-9303

*Via Facsimile & Hand Delivered*          *Via First Class Mail*

John Ullian , Esq.                                    Clerk, United States Bankruptcy Court
                                                              5 Post Offce Square Suite 1150
220 Forbes Road Suite 106                  Boston, MA 02109
Braintree MA 02184

UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re                                       ) | |
| ) | Chapter 13 |
| Estate of Lawrence J.Destefano    ) | Case No. **24-10885 CJP** |
| ) | |
| DEBTOR                             ) | |

TO THE CLERK OF THE HONORABLE COURT AND , John Ullian Esq.:

   857 Beacon Street, LLC or nominee wishes to offer the amount of  Seven Hundred Seventy Thousand and No/100 Dollars ($770,000) cash , this amount includes the $5,000 Buyer's premium  no financing contingency for the Debtors real estate located at 26 Savin Hill Boston, Massachusetts subject to existing Purchase & Sale agreement between Berkshire Avenue LLCLLC (Buyer) John Malone(Seller).

   In the event that the undersigned is not the successful purchaser counsel for the estate shall return said deposit within five days.

   A Cashiers Check in the amount of Five Thousand  and No/100 Dollars ($5000) made payable to John Ullian , Esq.has been sent to the same.

                                            Sincerely,
                                            857 Beacon Street, LLC

                                            Kenneth L.Mackin, Manager

