

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:      John Malone | Chapter 13 |
|---|---|
| Debtor | 24-10885-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#183 Motion filed by Debtor John Malone for Sale of Property free and clear of liens under Section 363 (f) Re: 26 Savin Hill Avenue, Boston, MA.

**Decision set forth as follows:**

HEARING HELD DECEMBER 17, 2025 AND CONTINUED TO JANUARY 13, 2026 AT 1:00 P.M. (THE "CONTINUED HEARING") IN COURTROOM 1, 12TH FLOOR, JOHN W. MCCORMACK POST OFFICE AND COURTHOUSE, 5 POST OFFICE SQUARE, BOSTON, MA, WITH AN OPTION FOR PARTIES IN INTEREST TO APPEAR BY ZOOM VIDEO, EXCEPT THAT AT LEAST ONE REPRESENTATIVE OF EACH RESPECTIVE BIDDER, BOTH WITH RESPECT TO THE ORIGINAL OFFEROR AND ANY COMPETING OFFEROR(S) WHO TIMELY FILED COMPETING BIDS PURSUANT TO THE NOTICE OF INTENT TO SELL (THE "SALE NOTICE"), WHO SHOULD APPEAR IN PERSON AT THE CONTINUED HEARING. AS DISCUSSED ON THE RECORD AT THE PRIOR HEARING, THE DEBTOR AND HIS COUNSEL SHALL ALSO APPEAR IN PERSON AT THE CONTINUED HEARING.

PARTIES IN INTEREST ELIGIBLE TO APPEAR BY VIDEO SHALL EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV NO LATER THAN JANUARY 12, 2026 AT 4:30 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

ALL OTHER OTHER PROVISIONS OF THE SALE NOTICE REMAIN UNCHANGED.

Dated: 12/24/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge