# Motion for reimbursement of administrative expenses

Case #24-10885

Debtor: John Malone

Mr. Malone owes me $14,197.60 for the administrative expenses.

He agreed and signed on September 19th, 2025.

The letter and itemized expenses are enclosed.

Regards,

Janyuzak Almazbek

*[signature]*

January 13th, 2026

Reimbursement for expenses:

$4,000 deposit return from P&S

$840 tax professional and filing taxes for (2016-2023)

$350 Suffolk County Sheriff fee to evict Apt 1 tenants

$200 trustee monthly payments money order

$7,032 cash advances to Mr. Malone

$112.60 Best Buy Cartridge

$51 J Freeman plexiglass

$35.01 Home Depot

$1,344.63 Groceries/Food

$232.36 Uber/Lyft rides

Total $14,197.60

Fourteen thousand one hundred ninety seven dollars and sixty cents.

I, John Malone the debtor in the U.S Bankruptcy Court for the District of Massachusetts case #24-10885 and current owner of the property at 26 Savin Hill avenue, Dorchester, MA, 02125 authorize my real estate attorney Andrew Coppo or Chapter 13 trustee to disburse the money I owe to Janyuzak Almazbek from the surplus funds of the estate in the amount of $14,197.60 (forteen thousand one hundred ninety seven dollars and sixty cents).

The money I owe should be transferred to Mr. Almazbek by my counsel Andrew Coppo or Chapter 13 trustee at the time of the settlement of the sale of 26 Savin hill avenue, Dorchester, MA 02125.

*John W Malone*
*0-9-19-25*

Contact info for Mr. Almazbek:
Phone: 781-927-4318
Email: john.almaz1@gmail.com