**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In Re:**

    **John Malone,**                                          **Chapter 13**
                                                                          **Case No. 24-10885**

    **Debtor**

_____

**NOTICE OF REVISED PROPOSED ORDER ON DEBTOR'S MOTION TO SELL REAL ESTATE**

    The Debtor, John Malone, has filed a revised Proposed Order regarding his Motion to Sell Real Estate, see attached.

    Any objection to the Proposed Order is due **within two business days of this filing** and must be filed with the Court.

Date: January 16, 2026                                    /s/ John Ullian, Esq.
                                                                       John Ullian, Esq.    BBO # 542786
                                                                         Amy Puliafico, Esq.    BBO #682332
                                                                         The Law Firm of Ullian & Associates, P.C.
                                                                         220 Forbes Road, Suite 106
                                                                         Braintree, MA 02184
                                                                         (781) 848-5980

# **CERTIFICATE OF SERVICE**

      I, John Ullian, hereby certify under the pains and penalties of perjury that I served the foregoing NOTICE OF REVISED PROPOSED ORDER ON DEBTOR'S MOTION TO SELL REAL ESTATE and REVISED PROPOSED ORDER by ECF or mailing a copy of same postage prepaid to all interested parties listed below and on the attached service list:

Richard King
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

American Building Construction, Inc.
82 Union St.
Quincy, MA 02169

28 Berkshire Ave LLC
Peter Pasciucco
50 Redfield Street, Suite 201
Boston, MA 02122

The Bank of New York Mellon
Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

Boston Water and Sewer Commission
Janet M. Mahoney, Assistance General Counsel
980 Harrison Avenue
Boston, MA 02119

Chloe, LLC
c/o Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01068

Andrew Coppo
Greater Boston Title & Escrow LLC
60 Adams Street, #207
Milton, MA 02186

Elsie Dias
Age Strong Commission
1 City Hall Square
Boston, MA 02201

Federal Home Loan Mortgage
Corporation/NewRez
Brian M Kiser
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886

Federal Home Loan Mortgage
Corporation
Jason Giguere
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

Federal Home Loan Mortgage Corporation
Joseph Dolben
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

857 Beacon Street, LLC or Nominee
7 Harvard Street
Brookline, MA 02445

Janyuzak Almazbek
john.almaz1@gmail.com (via email)

Date:   January 16, 2026            /s/ John Ullian
                                    John Ullian, Esq.
                                    The Law Firm of Ullian and Associates, P.C.
                                    220 Forbes Road, Suite 106
                                    Braintree, MA 02184
                                    (781) 848-5980

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-1<br>Case 24-10885<br>District of Massachusetts<br>Boston<br>Fri Jan 16 10:28:14 EST 2026 | 857 Beacon Street, LLC or Nominee<br>7 Harvard Street<br>Brookline, MA 02445-7970 | American Building Construction, Inc.<br>82 Union St.<br>Quincy, MA 02169-6973 |
| Boston Water and Sewer Commission<br>980 Harrison Avenue<br>Boston, MA 02119-2530 | Chloe, LLC<br>c/o Ehrhard & Associates, P.C.<br>27 Mechanic Street, Suite 101<br>Worcester, MA 01068 United States 01608 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>Marinosci Law Group PC<br>275 West Natick Road, Suite 500<br>Warwick, RI 02886-1161 |
| Boston<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945 | Attn: Massachusetts Dept. of Revenue<br>Bankruptcy Unit<br>PO Box 7090 Boston, MA 02204 | Bank of America, N.A.<br>475 Cross Point Pk<br>Getzville, NY 14068-1609 |
| Boston Water and Sewer Commission<br>P.O. Box 55466<br>Boston, MA 02205-5466 | City of Boston Real Estate Tax<br>CITY OF BOSTON,  BOX 55808<br>Boston, MA 02205 | Discover Bank<br>2479 Edison Blvd, Unity A<br>Twinsburg, OH 44087-2475 |
| Fed Home Loan Mortgage Corp as Trustee<br>26 Savin Hill Ave<br>Dorchester, MA 02125-4099 | Fed Home Loan Mortgage Corp as Trustee<br>c/o Specialized Loan Servicing<br>P.O. Box 636005<br>Littleton, CO 80163-6005 | Federal Home Loan Mortgage Corp. Trustee (Se<br>c/o Newrez LLC<br>dba Shellpoint Mortgage Servicing<br>(fka Specialized Loan Servicing LLC)<br>6200 S. Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111-4720 |
| Federal Home Loan Mortgage Corp. Trustee for<br>Freddie Mac Seasoned Credit Risk<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826 Greenville<br>Greenville, SC 29603-0826 | Janet M. Mahoney<br>Deputy General Counsel<br>Boston Water and Sewer Commission<br>980 Harrison Avenue<br>Boston, MA 02119-2530 | National Grid<br>P.O. Box 371338<br>Pittsburgh, PA 15250-7338 |
| Specialized Loan Servicing, LLC<br>Specialized Loan Servicing LLC<br>P.O. Box 636005<br>Littleton, CO 80163-6005 | The Bank of NY Mellon Indenture Trustee<br>c/o Bank of America, N.A.<br>475 Cross Point Pkwy PO Box 9000<br>Getzville, NY 14068-9000 | The Bank of New York Mellon<br>c/o Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 |
| Andrew Coppo<br>Greater Boston Title & Escrow LLC<br>60 Adams Street<br>#207<br>Milton, MA 02186-3437 | Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114-0950 | Elsie Dias<br>Age Strong  Commission<br>1 City Hall Square<br>Boston, MA 02201-1020 |
| John Malone<br>28 Savin Hill Avenue<br>Dorchester, MA 02125 | John A. Ullian<br>The Law Firm of Ullian & Associates, P.C<br>220 Forbes Road, Suite 106<br>Braintree, MA 02184-2711 | Richard King - B<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3934 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.