**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS**

**In Re:**

    **John Malone,**                                    **Chapter 13**
                                                              **Case No. 24-10885**

    **Debtor**

**ORDER**

After notice and opportunity for hearing, it is hereby ORDERED as follows:

1. Debtor is authorized to sell the property at 26 Savin Hill Avenue, Boston for $765,000.00 and a life estate pursuant to the Purchase and Sale Agreement dated September 10, 2025.

2. Debtor is authorized to sell the real estate free and clear of all liens, claims, interest and encumbrances with the same attached to the proceeds of the sale subject to their validity and order of priority.

3. Debtor is authorized to execute such documents as are necessary and incidental to the consummation of the transaction.

4. At the closing, the Debtor is ordered to pay the following from closing proceeds:

    a. the mortgage to Federal Home Loan Mortgage Company (c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing) in full,
    b. the mortgage to The Bank of New York Mellon in full,
    c. any outstanding property taxes, and trash charges to the City of Boston in full,
    d. any outstanding water and sewer charges to the Boston Water and Sewer Commission in full,
    e. $7,278.39 to the City of Boston Inspectional Services/Action Emergency Management,
    f. $14,197.60 shall be held in escrow by Attorney Coppo until further Order of this Court,
    g. $17,204.71 to the Chapter 13 Trustee to pay the Plan in full. However, the case is preconfirmed so if any additional sums are due upon final accounting, the Debtor will pay such sums within ten (10) days of notice from the Trustee,
    h. $4,777.80 to The Law Firm of Ullian & Associates, P.C. to be held in escrow pending Court approval of a fee application, and
    i. the Debtor's closing fees and costs, including to his real estate attorney, Andrew Coppo.

5. Debtor can sell the subject property upon issuance of this Order and the Court waives the 14-day appeal period required by Bankruptcy Rule 6004(h).

6. Debtor shall provide a copy of the executed Settlement Sheet to the Chapter 13 Trustee within ten days after the closing.

7. All proceeds from the sale after payments per clause number 4 shall be property of the Debtor.

Date: _____

                                                Bankruptcy Judge