# Exhibit

# A

Cash Advance
Request

Food & restaurant



Cash Advanced Schedule

| Year 2024 | | Year 2025 | |
| --- | --- | --- | --- |
| May 10th | $200 | January 7th | $100 |
| May 14th | $200 | January 18th | $200 |
| May 28th | $100 | January 30th | $100 |
| June 2nd | $200 | March 2nd | $232 |
| June 12th | $100 | March 10th | $300 |
| June 21st | $300 | March 21st | $200 |
| June 30th | $100 | March 30th | $100 |
| July 5th | $200 | April 1st | $200 |
| July 26th | $200 | April 9th | $100 |
| August 5th | $200 | April 28th | $200 |
| August 15th | $100 | May 2nd | $100 |
| August 24th | $200 | May 11th | $200 |
| September 1st | $100 | May 19th | $100 |
| September 8th | $200 | May 28th | $200 |
| September 22nd | $100 | June 3rd | $100 |
| October 3rd | $300 | June 10th | $200 |
| October 18th | $100 | June 16th | $100 |
| October 27th | $200 | September 14th | $100 |
| November 5th | $100 | | |
| November 13th | $200 | | |
| November 21st | $200 | | |
| December 2nd | $100 | | |
| December 6th | $200 | | |
| December 26th | $300 | | |

$4200 for 2024                    $2832 for 2025

Total $7,032

Food and Restaurant expenses schedule:

Year 2024

| | | |
|---|---|---|
| June 22nd Price right grocery Dorchester Fields Corner | | $74.94 |
| July   11th | PF Changs | $114.16 |
| July 24th | Mission Boat House | $112.37 |
| September 6th | Clambox Quincy | $136.85 |
| December 17th | PF Changs | $79.27 |

Year 2025

| | | |
|---|---|---|
| January   22nd | Burger King Dorchester | $12.83 |
| February 26th | Star Market Dorchester | $92.65 |
| February 27th | Antonio's in West End | $83.00 |
| March     6th | Charlie's sandwich South End | $81.28 |
| March   19th | PF Changs | $79.27 |
| April     3rd | Panera Bread South Bay | $61.77 |
| April     12th | Cheesecake Factory Braintree | $110 |
| April     19th | Star Market Dorchester | $176.67 |
| April     30th | Price right grocery | $41.34 |
| June       15th | Star Market Dorchester | $88.03 |

Total $1,344.63

# Exhibit B

$4000
with the
offer

# BANK OF AMERICA

KING MOTORS, INC   |   Account # 0046   |   May 1, 2024 to May 31, 2024

# Check images

## Account number: 0046
Check number: 1111   |   Amount: $4,000.00

KING MOTORS, INC
1R NEWBURY ST #102
PEABODY MA 01960

1111
53-13/110 MA
81585

5/3/24
Date

Pay To The Order Of   *John W. Malone*   $ 4000

*four thousand* °° cents   Dollars

Bank of America

ACH R/T 011000138

For *26 Savin Hill ave, Dorchester*   Deposit to buy

⑈011000138⑈ 0046   1111

Deposit with the offer

# Exhibit C

TAX preparation

*TAX registration fee* (handwritten)

Transaction Details

Other - Miscellaneous
AMERICAN PAYROLL SERWEST NEWTON MA
$840.00

Will appear on your Aug 11 statement as AMERICAN PAYROLL SERWEST NEWTON MA

Date
Jul 26

Contact Information

427 CRAFTS ST
WEST NEWTON, MA 02465-1735

Card Member
JANYUZAK ALMAZBEK UULU - 92004

📞 (617) 630-9909

**Delta Sky Miles**

Rewards earned: 840 Miles

Bonus:  **1X**

Category: Other Purchases
May not reflect any promotional purchases.

**Expense Management**

 Upload Receipt

**TRANSACTION NOTES**

Cancel  |  Save Notes

Tags

# invoice



**American Payroll Services, Inc.**
**42 Wiswall Road**
**Newton, MA 02459**
**(617) 630-9909 I FAX (617) 630-9998**
**WWW.AMPAYROLL.COM**

| ACCOUNT NO. | DATE |
|---|---|
|  | 7/26/2024 |
| **TOTAL AMOUNT DUE** | |
| $ 840.00 | |

AMOUNT ENCLOSED $_____

Please make checks payable to American Payroll Services, Inc.

  

Janyuzak Almazbek
42 Summer St, Apt. #2
West Roxbury, MA 02132

CC #_____

EXP. DATE_____

SIGNATURE PANEL CODE_____

- - - - - - - - - - - - - - - - - - - - - - - - *RETURN THIS PORTION WITH PAYMENT* - - - - - - - - - - - - - - - - - - - - - - - - - -

PREVIOUS BALANCE ----------->    $    -

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/26/24 | 2016-2023 Tax Preparation-John Malone | $   840.00 |
| | | |
| | TOTAL AMOUNT DUE | |
| | $   840.00 | |

*Thank You!*

# Exhibit  D

Trustee
payments

Trustee payments

**UNITED STATES POSTAL SERVICE®**

CUSTOMER'S RECEIPT

NOT NEGOTIABLE

Serial Number: 2916023654

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

Pay to

Address

Year, Month, Day: 2024-07-27    Post Office: 021 073    Amount: $200.00    Clerk: 34

KEEP THIS RECEIPT FOR YOUR RECORDS

**BANK OF AMERICA**

07/27/24  19:56  IMAD0123
XXXXXXXX3554
*100 FEDERAL STREET
BOSTON                  MA

Ser. No. 6184
Withdrawal                      $200.00
From  PRIMARY                  Checking
Available Balance              $2,161.15

Member FDIC

ATMs WHERE YOU NEED THEM
Visit bankofamerica.com/ATM



ATM

Next time use your phone instead of your card.
Visit bankofamerica.com/CardlessATM

---

**UNITED STATES POSTAL SERVICE®**

FORT POINT
25 DORCHESTER AVE RM 1
BOSTON, MA 02205-9761
(800)275-8777

07/27/2024                              08:14 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Money Order | | | $200.00 |
| Serial #: 2916023654 | | | |
| Money Order Fee | | | $2.35 |
| Total | | | $202.35 |
| Cardinal #10 Env | 1 | $0.95 | $0.95 |
| Grand Total: | | | $203.30 |
| Cash | | | $204.00 |
| Change | | | -$0.70 |

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 240079-0109
Receipt #: 840-50200092-4-13726208-1
Clerk: 34

# Exhibit  E

Sheriff
fee





# Suffolk County Sheriff's Department
## Civil Process Division
132 PORTLAND STREET, BOSTON, MA 02114 — TEL. 617-704-6999

STEVEN W. TOMPKINS
SHERIFF

Amount Due:  $ 0.00
Invoice #:    24011605
Invoice Date: 09/19/2024

John Malone
Unit 3
26 Savin Hill Avenue
Boston MA 02125

Your File #:

*24011605*

Phone:857-346-6170

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

## Payment Due Upon Receipt

Writ: Eviction

Please send a copy of this invoice with your remittance

John Malone
vs.
Stephen McQueen and Michael McQueen

Invoice #:     24011605
Invoice Date:  09/19/2024

Court:        Eastern (Housing)
Docket #:     23H84SP000443

| Served | At | By Deputy Sheriff | Service Date/Time | Method |
|---|---|---|---|---|
| Stephen McQueen and Michael McQueen | #1 26 Savin Hill Avenue Dorchester MA 02125 | Terrance Williams | 08/20/2024  9:00 am | Eviction Cancelled |

| Fees | | Amount |
|---|---|---|
| Deputy Expense | | 350.00 |
| Total Fees | | 350.00 |

| Payment Date | Receipt # | Check # | Amount |
|---|---|---|---|
| 08/12/2024 | 277078 | | 350.00 |
| Total Payments | | | 350.00 |

Amount Due:        0.00

RECEIPT    No. 096876

DATE  8/12/24
FROM  John Malone    $350.00
Three hundred fifty    DOLLARS
○ FOR RENT
✓ FOR  services

| ACCT. | ○ CASH | |
|---|---|---|
| PAID  350.00 | ○ CHECK | FROM        TO |
| DUE | ○ MONEY ORDER | |
| | ○ CREDIT CARD | BY  BR |

A-1152
T-4161

...ROM ISSUED INVOICE DATE
.....L PROCESS DIVISION • (617) 704-6999

Page 1 of 1

Boston • Allston • Brighton • Charlestown • Chelsea • Dorchester • East Boston • Hyde Park
Jamaica Plain • Mattapan • Readville • Revere • Roslindale • Roxbury • South Boston • West Roxbury • Winthrop