# Exhibit G

Uber & Lyft







# Trip

Apr 3, 2025, 11:04 PM • 1.3 miles • 7 min

**Star Market**
Dorchester, MA 02125

Pickup
11:04 PM

**26 Savin Hill Ave**
Dorchester, MA 02125

Drop-off
11:12 PM

# Payment

Lyft Standard fare (1.3 mi, 7m)     $8.48

Promo applied     -$1.69

American Express *2004
Total charge     **$6.79**



6:08

# Trip

May 14, 2025, 3:57 PM • 2.2 miles •
23 min

**Shapiro Center**                    Pickup
Boston, MA 02118                    3:57 PM

**26 Savin Hill Ave**                Drop-off
Dorchester, MA 02125                 4:20 PM

# Payment

Lyft Standard fare (2.2 mi, 23m)        $21.90
Promo applied                            -$5.00

American Express *2004                   $16.90
Total charge



**6:08**

## Trip

May 19, 2025, 1:14 PM • 1.4 miles • 7 min

**Star Market**
Dorchester, MA 02125

Pickup
1:14 PM

**26 Savin Hill Ave**
Dorchester, MA 02125

Drop-off
1:21 PM

## Payment

Lyft Standard fare (1.4 mi, 7m)        $6.66

American Express *2004
Total charge

$6.66

**Personal**



# Trip

May 21, 2025, 1:10 PM • 2.5 miles • 17 min

**26 Savin Hill Ave**
Dorchester, MA 02125

Pickup
1:10 PM

**732 Harrison Ave**
Boston, MA 02118

Drop-off
1:28 PM

# Payment

Lyft Standard fare (2.5 mi, 17m)          $11.95

Flash discount                                      -$1.19

American Express *2004
Total charge                                       **$10.76**





# Trip

May 22, 2025, 11:30 AM • 7.7 miles • 14 min

**220 Forbes Rd**
Braintree, MA 02184

Pickup
11:30 AM

**26 Savin Hill Ave**
Dorchester, MA 02125

Drop-off
11:45 AM

# Payment

Lyft Standard fare (7.7 mi, 14m)     $14.99
Flash discount     -$1.49

American Express *2004
Total charge     **$13.50**



# Trip

May 22, 2025, 12:38 PM • 0.8 miles • 6 min

**Santander**     Pickup
Dorchester, MA 02122     12:38 PM

**26 Savin Hill Ave**     Drop-off
Dorchester, MA 02125     12:44 PM

# Payment

Lyft Standard fare (0.8 mi, 6m)     $5.99

American Express *2004
Total charge     $5.99

Personal





6:12

Ride Details

✕

# Wait & Save ride with THOMAS

Jun 4 12:27PM

$13.04

🧾 Receipt

○ 25 Savin Hill Ave, Dorchester, MA 02125-182...    12:38 PM

◻ 732 Harrison Ave, Boston, MA 02118, US    12:49 PM

🫱 No tip added

☆ No rating

🔒 **View what your driver sees**
After your ride, driver can't see your pickup or dropoff address details

**Help & safety**





6:12

Ride Details

UberX ride
with Jerry

Apr 17 1:52PM
$19.91

Receipt

○ 110 High St, Boston, MA
02110-2318, US                    1:56 PM

□ 26 Savin Hill Ave, Dorchester,
MA 02125-1825, US                 2:15 PM

No tip added

Rated 5 ☆

View what your driver sees
After your ride, driver can't see
your pickup or dropoff address
details

Help & safety



# Ride Details

## Wait & Save ride with KELVIN A

Apr 7 3:07PM

$6.59

Receipt

1440 Dorchester Ave,
Dorchester, MA 02122, US          3:15 PM

26 Savin Hill Ave,
Dorchester, MA 02125-1825...       3:20 PM

No tip added

No rating

View what your driver sees

After your ride, driver can't see
your pickup or dropoff address
details

Help & safety









# Exhibit F

Best Buy
Home Depot
Plexi glass

Transaction Details

*Best Buy*

Merchandise & Supplies - Electronics Stores
BEST BUY DORCHESTER MA
$112.60

Will appear on your Jun 10 statement as BEST BUY DORCHESTER MA

Date
Jun 4

Contact Information

Card Member
JANYUZAK ALMAZBEK UULU - 92004

14 ALLSTATE RD
DORCHESTER, MA 02125

📞  (888) 237-8289

**Delta Sky Miles**

Rewards earned: 113 Miles

Bonus:  (1X)

Category: Other Purchases
May not reflect any promotional purchases.

**Expense Management**

📄 Upload Receipt

**TRANSACTION NOTES**

Cancel    Save Notes

Tags

plexiglass

J. Herman
65 Teneran St
Dorchester, MA, 02122
(617) 282-1150

05/12/2025                        15:17:19

CREDIT CARD
AMEX SALE                         7507

Card #:
Chip Card:                        XXXXXXXXXXX2004
AID:                              AMERICAN EXPRESS
SEQ #:                            A000000025010801
Batch #:                          9
Trans #:                          3
Approval Code:                    9
TRANS ID:                         869670
Entry Method:                     012018287483323
Mode:                             Chip Read
                                  Issuer

SALE AMOUNT

                     $51.00

THANK YOU

| CUSTOMER'S ORDER NO. | | | | DATE 5/12/2025 |
|---|---|---|---|---|
| NAME | Ma... | | | |
| ADDRESS | | | | |
| SOLD BY | CAS... | | PAID OUT | |
| QTY. | | | PRICE | AMOUNT |
| 2 | | clea... | 24.00 | 48.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| NO RETURNS AFTER 30 DAYS. | | | TAX | 3.00 |
| RECEIVED BY | | | | |
| C  PRODUCT 610   All claims and returned goods must be accompanied by this bill. | | | TOTAL | 51.00 |

24988

Thank You

Transaction Details

Merchandise & Supplies - Hardware Supplies
THE HOME DEPOT BOSTON MA
$35.01

Will appear on your Apr 10 statement as THE HOME DEPOT BOSTON MA

Date
Mar 19

Contact Information

5 ALLSTATE RD
DORCHESTER, MA 02125

Card Member
JANYUZAK ALMAZBEK UULU - 92004

📞 (800) 654-0688

**Delta Sky Miles**

Rewards earned: 35 Miles

Bonus: **1X**

Category: Other Purchases
May not reflect any promotional purchases.

**Expense Management**

Home depot

 Upload Receipt

**TRANSACTION NOTES**

Cancel | Save Notes

Tags