# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

**In Re:**

    **John Malone,**          **Chapter 13**
                        **Case No. 24-10885**

    **Debtor**

## CERTIFICATE OF SERVICE

I, John Ullian, hereby certify under the pains and penalties of perjury that I served the Notice of Nonevidentiary Telephonic Hearing [DOC 252] by ECF or mailing a copy of same postage prepaid to all interested parties listed below and on the attached service list:

Richard King
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

American Building Construction, Inc.
82 Union St.
Quincy, MA 02169

28 Berkshire Ave LLC
Peter Pasciucco
50 Redfield Street, Suite 201
Boston, MA 02122

The Bank of New York Mellon
Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

Boston Water and Sewer Commission
Janet M. Mahoney, Assistance General Counsel
980 Harrison Avenue
Boston, MA 02119

Chloe, LLC
c/o Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01068

Andrew Coppo
Greater Boston Title & Escrow LLC
60 Adams Street, #207
Milton, MA 02186

Elsie Dias
Age Strong Commission
1 City Hall Square
Boston, MA 02201

Federal Home Loan Mortgage Corporation/NewRez
Brian M Kiser
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886

Federal Home Loan Mortgage Corporation
Jason Giguere
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

Federal Home Loan Mortgage Corporation
Joseph Dolben
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

Date:   February 3, 2026                    /s/ John Ullian
                                            John Ullian, Esq.
                                            The Law Firm of Ullian and Associates, P.C.
                                            220 Forbes Road, Suite 106
                                            Braintree, MA 02184
                                            (781) 848-5980

```
Label Matrix for local noticing         857 Beacon Street, LLC or Nominee        American Building Construction, Inc.
0101-1                                   7 Harvard Street                         82 Union St.
Case 24-10885                            Brookline, MA 02445-7970                 Quincy, MA 02169-6973
District of Massachusetts
Boston
Tue Feb  3 12:08:42 EST 2026

Boston Water and Sewer Commission        Chloe, LLC                               NewRez LLC d/b/a Shellpoint Mortgage Servic
980 Harrison Avenue                      c/o Ehrhard & Associates, P.C.           Marinosci Law Group PC
Boston, MA 02119-2530                    27 Mechanic Street, Suite 101            275 West Natick Road, Suite 500
                                         Worcester, MA 01068 United States 01608  Warwick, RI 02886-1161


Boston                                   Attn: Massachusetts Dept. of Revenue     Bank of America, N.A.
U. S. Bankruptcy Court                   Bankruptcy Unit                          475 Cross Point Pk
J.W. McCormack Post Office & Court House PO Box 7090 Boston, MA 02204             Getzville, NY 14068-1609
5 Post Office Square, Suite 1150
Boston, MA 02109-3945


Boston Water and Sewer Commission        City of Boston Real Estate Tax           Discover Bank
P.O. Box 55466                           CITY OF BOSTON,  BOX 55808               2479 Edison Blvd, Unity A
Boston, MA 02205-5466                    Boston, MA 02205                         Twinsburg, OH 44087-2475


Fed Home Loan Mortgage Corp as Trustee   Fed Home Loan Mortgage Corp as Trustee   Federal Home Loan Mortgage Corp. Trustee (S
26 Savin Hill Ave                        c/o Specialized Loan Servicing           c/o Newrez LLC
Dorchester, MA 02125-4099                P.O. Box 636005                          dba Shellpoint Mortgage Servicing
                                         Littleton, CO 80163-6005                 (fka Specialized Loan Servicing LLC)
                                                                                  6200 S. Quebec Street, Suite 300
                                                                                  Greenwood Village, Colorado 80111-4720

Federal Home Loan Mortgage Corp. Trustee for  Janet M. Mahoney                    National Grid
Freddie Mac Seasoned Credit Risk         Deputy General Counsel                   P.O. Box 371338
c/o Shellpoint Mortgage Servicing        Boston Water and Sewer Commission        Pittsburgh, PA 15250-7338
PO Box 10826 Greenville                  980 Harrison Avenue
Greenville, SC 29603-0826                Boston, MA 02119-2530


Specialized Loan Servicing, LLC          The Bank of NY Mellon Indenture Trustee  The Bank of New York Mellon
Specialized Loan Servicing LLC           c/o Bank of America, N.A.                c/o Bank of America, N.A.
P.O. Box 636005                          475 Cross Point Pkwy PO Box 9000         P.O. Box 31785
Littleton, CO 80163-6005                 Getzville, NY 14068-9000                 Tampa, FL 33631-3785


Andrew Coppo                             Carolyn Bankowski-13-12                  Elsie Dias
Greater Boston Title & Escrow LLC        Chapter 13-12 Trustee Boston             Age Strong  Commission
50 Adams Street                          P. O. Box 8250                           1 City Hall Square
#207                                     Boston, MA 02114-0950                    Boston, MA 02201-1020
Milton, MA 02186-3437


Janyuzak Almazbek                        John Malone                              John A. Ullian
22 Summer Street                         28 Savin Hill Avenue                     The Law Firm of Ullian & Associates, P.C
West Roxbury, MA 02132-4443              Dorchester, MA 02125                     220 Forbes Road, Suite 106
                                                                                  Braintree, MA 02184-2711


Richard King - B
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3934
```