

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re:<br><br>John Malone<br><br>Debtor | Chapter 13<br>24-10885-CJP |
|---|---|

## ORDER

**MATTER:**

#253 Motion filed by Interested Party Janyuzak Almazbek to Clarify.

THE COURT CONSTRUES THIS MOTION TO CLARIFY [ECF NO. 253] AS A SUPPLEMENT TO THE MOTION FOR REIMBURSEMENT OF ADMINISTRATIVE EXPENSES [ECF NO. 231] (THE "ADMINISTRATIVE EXPENSE MOTION") FILED BY JANYUZAK ALMAZBEK. THE ADMINISTRATIVE EXPENSE MOTION, AS SUPPLMENTED, IS SCHEDULED FOR A TELEPHONIC HEARING ON FEBRUARY 25, 2026 AT 2:00 P.M. (THE "HEARING").

THE ACCESS INFORMATION REMAINS UNCHANGED. TO PARTICIPATE, ATTENDEES SHALL DIAL (646) 828-7666 AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

ANY SUPPLEMENTAL OBJECTIONS TO THE ADMINISTRATIVE EXPENSE MOTION MY BE MADE AT THE HEARING.

Dated: 02/18/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge