

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>    John Malone<br><br>                Debtor | Chapter 13<br>24-10885-CJP |

## ORDER

**MATTER:**

#234 Motion filed by Debtor John Malone to Approve [Re: 233 Application for Compensation].

NO OBJECTIONS HAVING BEEN FILED, THE COURT HEREBY GRANTS THE MOTION TO APPROVE [ECF NO. 234] AND ALLOWS THE SECOND INTERIM FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [ECF NO. 233] FOR COUNSEL TO THE DEBTOR IN THE AMOUNT OF $4,777.80, COMPRISED OF FEES OF $4,704.00 AND EXPENSES OF $73.80. THE HEARING SCHEDULED FOR 2/25/2026 IS CANCELED.

Dated: 02/25/2026                                          By the Court,

*[signature]*

Christopher J. Panos
United States Bankruptcy Judge