**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In Re:**

      **John Malone,**                        **Chapter 13**
                                        **Case No. 24-10885**

      **Debtor**

_____

**STATUS REPORT REGARDING SALE OF REAL ESTATE PROPERTY**

The Debtor hereby provide the following information pursuant to Massachusetts Local Bankruptcy Rule 13-14.

1. On January 30, 2026 this Court entered an order approving Debtor's Motion to Sell 26 Savin Hill Avenue, Boston, MA.

2. Neither Debtor's bankruptcy nor real estate counsel have been able to get in touch with the Debtor, who needs to execute the deed, and therefore, the closing has not occurred.

3. Counsel for the Debtor will continue to try reach the Debtor.

Date:  March 16, 2026                Debtor,
                                     by his attorney,

                                   /s/ John Ullian
                                   John Ullian, Esq. BBO No. 542786
                                   Amy Puliafico Esq. BBO No. 682332
                                   The Law Firm of Ullian & Associates, P.C.
                                   220 Forbes Road, Suite 106
                                   Braintree, MA 02184
                                   (781) 848-5980

## CERTIFICATE OF SERVICE

I, John Ullian, hereby certify under the pains and penalties of perjury that I served the **STATUS REPORT REGARDING SALE OF REAL ESTATE PROPERTY** by ECF or mailing a copy of same, postage prepaid, to the interested parties listed below.

Richard King
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

American Building Construction, Inc.
82 Union St.
Quincy, MA 02169

Federal Home Loan Mortgage Corporation
Joseph Dolben
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

The Bank of New York Mellon
Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

Boston Water and Sewer Commission
Janet M. Mahoney, Assistance General Counsel
980 Harrison Avenue
Boston, MA 02119

Chloe, LLC
c/o Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01068

Andrew Coppo
Greater Boston Title & Escrow LLC
60 Adams Street, #207
Milton, MA 02186

Elsie Dias
Age Strong Commission
1 City Hall Square
Boston, MA 02201

Federal Home Loan Mortgage
Corporation/NewRez
Brian M Kiser
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886

Federal Home Loan Mortgage
Corporation
Jason Giguere
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

28 Berkshire Ave LLC
Peter Pasciucco
50 Redfield Street, Suite 201
Boston, MA 02122

Date: March 16, 2026

/s/ John Ullian
John Ullian, Esq. BBO No. 542786

220 Forbes Road, Suite 106
Braintree, MA  02184
(781) 848-5980