UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   MALONE, John

Chapter 13
Case No. 24-10885-CJP

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
FOR FAILURE TO FILE A CONFIRMABLE PLAN
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case. In support thereof, the Trustee states as follows:

1.    On May 8, 2024, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2.    On June 12. 2024, the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C. §341.

3.    On October 9, 2025, the Debtor filed the Plan (the "Plan").  The Trustee is unable to recommend the Plan for confirmation.

4.    On January 30, 2026, the Court approved the Debtor's Motion to Sell the property located 26 Savin Hill Avenue, Boston, MA.  According to PACER, no amended plan has been filed due to lack of consummation of the sale. Further, the plan objections filed by Bank of New York and Federal Home Loans and the relief from stay filed by NewRez/Shellpoint have been continued generally pending the contemplated sale.

5.    The Debtor is in arrears according to the terms of the Plan totaling $1,800.00 which is equal to 18 month(s) of plan payments. The Debtor has not made a payment since September 2024 and has demonstrated an inability to make timely payments.  This amount does not include the current month and may increase prior to hearing.

6.    Failure to file a confirmable plan and failure to make timely payments are grounds for dismissal under 11 U.S.C.§ 1307(c) for unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO #631056
Patricia A. Remer, BBO #639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com
Dated: 3/31/26

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: MALONE, John

Chapter 13
Case No. 24-10885-CJP

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

_____
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   MALONE, John

Chapter 13
Case No. 24-10885-CJP

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof.   If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: 3/31/26

/s/ Carolyn Bankowski

SERVICE LIST

John Malone
28 Savin Hill Avenue
Dorchester, MA  02125

John Ullian, Esquire
220 Forbes Road, Ste. 106
Braintree, MA  02184