**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In Re:

      **John Malone,**                                 **Chapter 13**
                                                      **Case No. 24-10885**

      **Debtor**

_____

### DEBTOR'S OPPOSITION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS THE CASE

Now comes the Debtor and opposes the Chapter 13 Trustee's Motion to Dismiss.  In support thereof the Debtor states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted, but the Debtor is meet with is real estate attorney today to sign the closing documents and it is anticipated the closing will take place within two weeks.

5. Admitted, but the Debtor should be able to pay the Plan in full from the closing proceeds within two weeks.

6. Denied, as the Debtor will be able to complete the terms of the Plan and pay it in full within two weeks.

WHEREFORE, the Debtor requests the Court allow as follows:

1. The Chapter 13 Trustee's Motion to Dismiss be denied.

2. For such other and further relief as the court deems just.

                                        Debtor,
                                        by his attorney,

Dated: April 24, 2026                     /s/ John Ullian
                                        John Ullian, Esq. BBO No. 542786
                                        Amy Puliafico, Esq. BBO No. 682332
                                        The Law Firm of Ullian & Associates, P.C.
                                        220 Forbes Road, Suite 106
                                        Braintree, MA 02184
                                        (781) 848-5980

## <u>CERTIFICATE OF SERVICE</u>

   I, John Ullian, hereby certify under the pains and penalties of perjury that I served the foregoing **DEBTOR'S OPPOSITION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS THE CASE** by ECF or mailing a copy of same postage prepaid to all interested parties listed below:

Office of the US Trustee
John W. McCormack Post Office and Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee
PO Box 8250
Boston, MA 02114

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

Dated: April 24, 2026      /s/ John Ullian
             John Ullian, Esq. BBO No. 542786
             The Law Firm of Ullian & Associates, P.C.
             220 Forbes Road, Suite 106
             Braintree, MA 02184
             (781) 848-5980