

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**John Malone**<br>**Debtor(s)** | **Chapter 13**<br>**24-10885-CJP** |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#263 Chapter 13 Trustee's Motion for Order Dismissing Case.

**Decision set forth as follows:**

THE TELEPHONIC HEARING IS CONTINUED TO JUNE 24, 2026 AT 1:00 P.M. TO
PARTICIPATE IN THE CONTINUED HEARING, ATTENDEES SHALL DIAL (646) 828-7666
AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

Dated: 06/02/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge