

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:** | |
| **John Malone** | **Chapter 13** |
| **Debtor(s)** | **24-10885-CJP** |

### PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#263 Chapter 13 Trustee's Motion for Order Dismissing Case.

**Decision set forth as follows:**

THE TELEPHONIC HEARING IS CONTINUED TO JULY 29, 2026 AT 1:00 P.M. TO
PARTICIPATE IN THE CONTINUED HEARING, ATTENDEES SHALL DIAL (646) 828-7666
AND ENTER MEETING ID 160 257 7274 AND PASSCODE 984 524 WHEN PROMPTED.

Dated: 06/25/2026

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge