# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

**In Re:**

      **John Malone,**                        **Chapter 13**

                                             **Case No. 24-10885**

      **Debtor**

_____

## STATUS REPORT REGARDING SALE OF REAL ESTATE PROPERTY

The Debtor hereby provide the following information pursuant to Massachusetts Local Bankruptcy Rule 13-14.

1.  On January 30, 2026 this Court entered an order approving Debtor's Motion to Sell 26 Savin Hill Avenue, Boston, MA.

2.  The closing took place on July 29, 2026.

3.  Attached is a copy of the executed closing disclosure itemizing the disbursements made at the closing.

4.  $17,204.71 was paid to the Chapter 13 Trustee from the sale, which completes the Debtor's Plan.

Date:  July 31, 2026                     Debtor,
                                      by his attorney,

                                      /s/ John Ullian
                                      John Ullian, Esq. BBO No. 542786
                                      Amy Puliafico Esq. BBO No. 682332
                                      The Law Firm of Ullian & Associates, P.C.
                                      220 Forbes Road, Suite 106
                                      Braintree, MA 02184
                                      (781) 848-5980

**A. Settlement Statement**

**U.S. Department of Housing and Urban Development**

OMB Approval No 2502-0265

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ RHS | 3. ☑ Conv. Unins | 4. ☐ VA | 5. ☐ Conv. Ins | 6. ☐ Cash | 7. ☐ Other |
|---|---|---|---|---|---|---|

| 8. File Number 2026-23 | 9. Loan Number | 10. Mortgage Insurance Case Number |
|---|---|---|

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing, they are shown here for informational purposes and are not included in the totals.

**D. NAME AND ADDRESS OF BORROWER:** 28 Berkshire Ave LLC
50 Redfield Street, Suite 201, Dorchester, MA 02122

**E. NAME AND ADDRESS OF SELLER:** John Malone
26 Savin Hill Avenue, Boston, MA 02125

**F. NAME AND ADDRESS OF LENDER:** Boston Trust Resources LLC
100 Hallet Street, Boston MA 02124

**G. PROPERTY LOCATION:** 26 Savin Hill Avenue
Dorchester MA 02125

**H. SETTLEMENT AGENT** Law Offices of Rosemary Trahtl, LLC
100 Hallet Street, Suite 101, Boston MA 02124
(781) 461-8300

**PLACE OF SETTLEMENT** 100 Hallet Street, Suite 101, Boston MA 02124

| I. SETTLEMENT DATE: 07/29/2026 | | DISBURSEMENT DATE 07/29/2026 | |
|---|---|---|---|
| **J. Summary of Borrower's Transaction** | | **K. Summary of Seller's Transaction** | |
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract Sales Price | 765,000.00 | 401. Contract Sales Price | 765,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 25,929.11 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/Town taxes 07/29/2026 to 09/30/2026 | 2,070.89 | 406. City/Town taxes 07/29/2026 to 09/30/2026 | 2,070.89 |
| 107. County taxes | | 407. County taxes | |
| 108. | | 408. | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | 793,000.00 | 420. Gross Amount Due To Seller | 767,070.89 |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 793,000.00 | 502. Settlement charges to seller (line 1400) | 7,933.40 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Shellpoint Mortgage Servicing | 177,169.85 |
| 205. | | 505. Bank of America | 28,016.13 |
| 206. | | 506. Final Water/Sewer to BWSC | 31,645.57 |
| 207. | | 507. Action Emergency Management | 7,278.39 |
| 208. | | 508. Janyuzak Almazbek | 14,197.60 |
| 209. | | 509. Chapter 13 Trustee Payment | 17,204.71 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. Ullian & Associates PC | 4,777.80 |
| 214. | | 514. City of Boston Mortgage Payoff | 19,000.00 |
| 215. | | 515. 8-1 RE Tax Payment to City of Boston | 2,999.51 |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 793,000.00 | 520. Total Reduction Amount Due Seller | 310,222.96 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement From/To Seller | |
| 301. Gross Amount due from borrower (line 120) | 793,000.00 | 601. Gross Amount due to Seller (line 420) | 767,070.89 |
| 302. Less amounts paid by/for borrower (line 220) | 793,000.00 | 602. Less reductions in amount due seller (line 520) | 310,222.96 |
| 303. CASH from BORROWER | | 603. CASH To SELLER | 456,847.93 |

We, the undersigned, identified in Section D hereof and Seller in Section E hereof, hereby acknowledge receipt of this completed Settlement Statement (Pages 1 and 2) on July 29, 2026.

Borrower 28 Berkshire Ave LLC, By: Peter D. Puseincco, Manager

Seller John Malone

By: Andrew N. Coppo, as Attorney in Fact under written Power of Attorney (and not individually)

## L. SETTLEMENT CHARGES

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. Total Real Estate Broker Fees | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. | | | | |
| 702. | | | | |
| 703. Commission paid at settlement | | | | |
| 704. | | | | |
| 705. | | | | |
| 706. | | | | |
| **800. Items Payable In connection with Loan** | | | | |
| 801. Loan Origination Fee   2.0000% | to Boston Trust Resources LLC | | 15,860.00 | |
| 802. Loan Discount | to Boston Trust Resources LLC | | | |
| 803. Appraisal Fee | to Boston Trust Resources LLC | | 1,204.86 | |
| 804. Underwriting Fee | to Boston Trust Resources LLC | | 675.00 | |
| 805. Processing Fee | to Boston Trust Resources LLC | | 525.00 | |
| 806. Insurance Fee | to Boston Trust Resources LLC | | 150.00 | |
| 807. Wire Fee | to Boston Trust Resources LLC | | 45.00 | |
| 808. Record Collateral Assignments | to Boston Trust Resources LLC | | 315.00 | |
| **900. Items Required By Lender To Be Paid In Advance** | | | | |
| 901. Interest from | From 07/29/2026   To 08/01/2026   2 days @ $264.3333/day | | 793.00 | |
| 902. Mortgage insurance premium | | | | |
| 903. Hazard Insurance premium | | | | |
| 904. | | | | |
| 905. | | | | |
| **1000. Reserves Deposited With Lender** | | | | |
| 1001. Hazard Insurance | | | | |
| 1002. Mortgage Insurance | | | | |
| 1003. City property taxes | @ $999.84 month | | | |
| 1004. County Property Taxes | | | | |
| 1005. Annual assessments | | | | |
| 1006. | | | | |
| 1007. | | | | |
| 1008. Aggregate Adjustments | | | | |
| **1100. Title Charges** | | | | |
| 1101. Settlement Fee | to Law Offices of Rosemary Traini LLC | | 1,250.00 | |
| 1102. Title Examination | to Law Offices of Rosemary Traini LLC | | 400.00 | |
| 1103. Obtain MLC | to City of Boston | | 25.00 | |
| 1104. Rundown & Record | to Law Offices of Rosemary Traini LLC | | 75.00 | |
| 1105. | | | | |
| 1106. | | | | |
| 1107. Attorney's fees | | | | |
| 1108. Title Insurance | to CATIC | | 3,496.25 | |
| 1109. Lender's coverage   $793,000.00 @ $1,982.50 | | | | |
| 1110. Owner's coverage   $765,000.00 @ $1,513.75 | | | | |
| 1111. | | | | |
| 1112. | | | | |
| 1113. | | | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Recording fees:   Deed $165.00 | Mortgage $215.00   Releases $345.00 | | 380.00 | 345.00 |
| 1202. City/county tax/stamps   Deed $3,488.40 | Mortgage | | | 3,488.40 |
| 1203. State tax/stamps:   Deed | Mortgage | | | |
| 1204. Record MLC & Assignments | to Commonwealth of Massachusetts | | 320.00 | |
| 1205. Record Bankruptcy Order | to Commonwealth of Massachusetts | | | 115.00 |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Plot Plan | to Olde Stone Plot Plan Services LLC | | 165.00 | |
| 1302. Obtain Track Discharges (x4) | to Law Offices of Rosemary Traini LLC | | | 300.00 |
| 1303. Wire/Courier/Overnight Fee | to Law Offices of Rosemary Traini LLC | | 250.00 | 185.00 |
| 1304. Seller Attorney Fee | to Andrew N. Coppo, Esquire | | | 3,500.00 |
| 1305. | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** | | | 25,929.11 | 7,933.40 |

We, the undersigned, identified in Section D hereof and Seller in Section F hereof, hereby acknowledge receipt of this completed Settlement Statement (Pages 1 and 2) on July 29, 2026.

Borrower 28 Berkshire Ave LLC, By: Peter D. Pasciucco, Manager          Seller John Malone

By: _____
Andrew N. Coppo, as Attorney in Fact under written Power of Attorney (and not individually)

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent, Law Offices of Rosemary Traini    7/29/2026

## CERTIFICATE OF SERVICE

I, John Ullian, hereby certify under the pains and penalties of perjury that I served the **STATUS REPORT REGARDING SALE OF REAL ESTATE PROPERTY** by ECF or mailing a copy of same, postage prepaid, to the interested parties listed below and on the attached list.

Richard King
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

American Building Construction, Inc.
82 Union St.
Quincy, MA 02169

28 Berkshire Ave LLC
Peter Pasciucco
50 Redfield Street, Suite 201
Boston, MA 02122

The Bank of New York Mellon
Marcus Pratt
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

Boston Water and Sewer Commission
Janet M. Mahoney, Assistance General Counsel
980 Harrison Avenue
Boston, MA 02119

Chloe, LLC
c/o Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01068

Andrew Coppo
Greater Boston Title & Escrow LLC
60 Adams Street, #207
Milton, MA 02186

Elsie Dias
Age Strong Commission
1 City Hall Square
Boston, MA 02201

Federal Home Loan Mortgage
Corporation/NewRez
Brian M Kiser
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886

Federal Home Loan Mortgage
Corporation
Jason Giguere
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

Federal Home Loan Mortgage Corporation
Joseph Dolben
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

Date: July 31, 2026

/s/ John Ullian
John Ullian, Esq. BBO No. 542786
220 Forbes Road, Suite 106
Braintree, MA  02184
(781) 848-5980

Label Matrix for local noticing
0101-1
Case 24-10885
District of Massachusetts
Boston
Fri Jul 31 10:58:15 EDT 2026

857 Beacon Street, LLC or Nominee
7 Harvard Street
Brookline, MA 02445-7970

American Building Construction, Inc.
82 Union St.
Quincy, MA 02169-6973

Boston Water and Sewer Commission
980 Harrison Avenue
Boston, MA 02119-2530

Chloe, LLC
c/o Ehrhard & Associates, P.C.
27 Mechanic Street, Suite 101
Worcester, MA 01068 United States 01608

NewRez LLC d/b/a Shellpoint Mortgage Servici
Marinosci Law Group PC
275 West Natick Road, Suite 500
Warwick, RI 02886-1161

Boston
U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

Attn: Massachusetts Dept. of Revenue
Bankruptcy Unit
PO Box 7090 Boston, MA 02204

Bank of America, N.A.
475 Cross Point Pk
Getzville, NY 14068-1609

Boston Water and Sewer Commission
P.O. Box 55466
Boston, MA 02205-5466

City of Boston Real Estate Tax
CITY OF BOSTON,  BOX 55808
Boston, MA 02205

Discover Bank
2479 Edison Blvd, Unity A
Twinsburg, OH 44087-2475

Fed Home Loan Mortgage Corp as Trustee
26 Savin Hill Ave
Dorchester, MA 02125-4099

Fed Home Loan Mortgage Corp as Trustee
c/o Specialized Loan Servicing
P.O. Box 636005
Littleton, CO 80163-6005

Federal Home Loan Mortgage Corp. Trustee (Se
c/o Newrez LLC
dba Shellpoint Mortgage Servicing
(fka Specialized Loan Servicing LLC)
6200 S. Quebec Street, Suite 300
Greenwood Village, Colorado 80111-4720

Federal Home Loan Mortgage Corp. Trustee for
Freddie Mac Seasoned Credit Risk
c/o Shellpoint Mortgage Servicing
PO Box 10826 Greenville
Greenville, SC 29603-0826

Janet M. Mahoney
Deputy General Counsel
Boston Water and Sewer Commission
980 Harrison Avenue
Boston, MA 02119-2530

National Grid
P.O. Box 371338
Pittsburgh, PA 15250-7338

Specialized Loan Servicing, LLC
Specialized Loan Servicing LLC
P.O. Box 636005
Littleton, CO 80163-6005

The Bank of NY Mellon Indenture Trustee
c/o Bank of America, N.A.
475 Cross Point Pkwy PO Box 9000
Getzville, NY 14068-9000

The Bank of New York Mellon
c/o Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Andrew Coppo
Greater Boston Title & Escrow LLC
60 Adams Street
#207
Milton, MA 02186-3437

Carolyn Bankowski-13-12
Chapter 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114-0950

Elsie Dias
Age Strong  Commission
1 City Hall Square
Boston, MA 02201-1020

Janyuzak Almazbek
42 Summer Street
West Roxbury, MA 02132-4443

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

John A. Ullian
The Law Firm of Ullian & Associates, P.C
220 Forbes Road, Suite 106
Braintree, MA 02184-2711

Richard King - B
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3934

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)28 Berkshire Ave LLC

(u)Federal Home Loan Mortgage Corporation, as

(u)The Bank of New York Mellon FKA The Bank

(d)Boston Water and Sewer Commission
980 Harrison Avenue
Boston, MA 02119-2530

(u)Specialized Loan Servicing, LLC

(u)The Bank of NY Mellon Indenture Trustee

(u)Mohamed Amer

End of Label Matrix
Mailable recipients    27
Bypassed recipients     7
Total                  34