**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| IIN RE:<br>John Malone,<br>　　　　　　　Debtor. | CASE NO. 24-10885<br><br>CHAPTER 13<br><br>Re: Doc#: 198 |

**NOTICE OF WITHDRAWAL**

Now Comes, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 (the "Creditor") by and through its undersigned counsel, hereby moves to withdraw Creditor's Objection to Confirmation of Plan (Doc#: 198) filed on November 6, 2025.

Dated: August 7, 2026

Respectfully submitted,

/s/ Brian M. Kiser
Brian M. Kiser, Esq., BBO #673022
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI  02886
Telephone: (401) 234-9200
bkiser@mlg-defaultlaw.com
bkinquiries@mlg-defaultlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| IIN RE:<br>John Malone,<br><br>          Debtor. | CASE NO. 24-10885<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Brian M. Kiser, of Marinosci Law Group, P.C., do hereby certify that on August 7, 2026, I served a copy of the on *Notice of Withdrawal,* the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

Signed this 7th day of August, 2026.

/s/ Brian M. Kiser
Brian M. Kiser, Esq., BBO #673022
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI  02886
Telephone: (401) 234-9200
bkiser@mlg-defaultlaw.com
bkinquiries@mlg-defaultlaw.com

VIA ECF
John A. Ullian, Esq., on behalf of Debtor
Richard King- B, Esq., on behalf of Assistant U.S. Trustee
Carolyn Bankowski, Esq., on behalf of Trustee
Joseph Dolben, Esq., on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1
Marcus Pratt, Esq., on behalf of The Bank of New York Mellon FKA The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., Trustee
Elsie Dias, on behalf of Age Strong Commission

**VIA US MAIL**
John Malone, 28 Savin Hill Avenue, Dorchester, MA 02125