**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

IN RE

MALONE, John

**Debtor**

Chapter 13
Case No. 24-10885-CJP

**NOTICE OF WITHDRAWAL OF**
**TRUSTEE'S MOTION TO DISMISS**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully withdraws her Motion to Dismiss this case, which motion was filed on March 31, 2026, and for reasons states that the Debtor has cured the grounds alleged in the Motion.

**Dated: 8/12/26**

Respectfully submitted,

By: **/s/ Carolyn Bankowski**
**Carolyn Bankowski, BBO #630156**
**Patricia A. Remer, BBO# 639594**
**Chapter 13 Trustee**
**Office of the Chapter 13 Trustee**
**PO Box 8250**
**Boston, MA  02114**
**(617) 723-1313**
**13trustee@ch13boston.com**

**Certificate of Service**

The undersigned hereby certify that a copy of the within Notice of Withdrawal by Chapter 13 Trustee of the Motion to Dismiss was served upon the Debtor and Debtor's counsel via first class mail, postage prepaid, or by electronic notice at the addresses set forth below.

Dated: **8/12/26**

**/s/ Carolyn Bankowski**

**John Malone**
**28 Savin Hill Avenue**
**Dorchester, MA  02125**

**John Ullian, Esquire**
**220 Forbes Road, Ste. 106**
**Braintree, MA  02184**