**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>JOHN MALONE,<br>Debtor. | Chapter 13<br>Case No. 24-10885-CJP |

**TRUSTEE'S OBJECTION TO DEBTOR'S MOTIONS FOR ENTRY OF ORDER OF DISCHARGE**

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and objects to the Debtor's Motions for Entry of Order of discharge ("the Debtor's Motions"), as follows:

1. The Debtor's petition was filed on May 8, 2024. On October 9, 2025, the Debtor filed a Second Amended Chapter 13 Plan ("the Plan"). The Plan has not been confirmed yet.

2. MLBR App. Rule 13-22 requires a Debtor to file a Motion for Entry of Discharge "upon completion of a Chapter 13 plan." However, 13-22(c)(1) states that the Order of Discharge shall include findings that "all allowed claims have been fully paid in accordance with the provisions of the confirmed plan." Because the Court has not yet entered an Order confirming the Plan, the Debtor is not entitled a discharge at this time.

3. Moreover, while the Trustee has received what appear to be all payments required under the terms of the Plan, since no plan has been confirmed or approved yet the Trustee has not made a final determination as to whether the Debtor has in fact made all payments required under the terms of the Plan. Until the Trustee is able to complete the reconciliation and prepare a final account and report, the Trustee cannot determine whether the Debtor is entitled to entry of discharge at this time.

WHEREFORE, the Trustee respectfully requests that this Court deny the Motion for Entry of Discharge and grant such other relief as this Court deems proper.

Dated: August 13, 2026

Respectfully submitted,
Carolyn A. Bankowski
Standing Chapter 13 Trustee
/s/ Patricia A. Remer
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA 02114-0022
(617) 723-1313
13trustee@ch13boston.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2026, a copy of the Trustee's Response to Debtor's Motions for Entry of Order of Discharge was served via first class mail postage prepaid, or by electronic notice, upon the debtor and debtor's counsel at the address set forth below.

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

John A. Ullian
The Law Firm of Ullian & Associates, P.C
220 Forbes Road, Suite 106
Braintree, MA 02184

/s/ Patricia A. Remer
Patricia A. Remer, BBO#639594