United States Bankruptcy Court
District of Massachusetts

In re: John Malone
Debtor

Case No. 24-10885-cjp
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0101-1 User: admin Page 1 of 2
Date Rcvd: Aug 12, 2026 Form ID: pdf012 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| **Recip ID** | **Recipient Name and Address** |
|---|---|
| db | John Malone, 28 Savin Hill Avenue, Dorchester, MA 02125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian M Kiser | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 bkiser@mlg-defaultlaw.com, MLGBK@ecf.courtdrive.com |
| Brian M Kiser | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 bkiser@mlg-defaultlaw.com, MLGBK@ecf.courtdrive.com |
| Carolyn Bankowski-13-12 | 13trustee@ch13boston.com |
| James P. Ehrhard | on behalf of Interested Party Chloe LLC ehrhard@ehrhardlaw.com, cote@ehrhardlaw.com |
| John A. Ullian | on behalf of Debtor John Malone john@ullianlaw.com johnullian@ecf.inforuptcy.com |
| Joseph Dolben | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 mabk@harmonlaw.com, jdolben@ecf.courtdrive.com |
| Marcus Pratt | |

| | |
|---|---|
| | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity bankruptcy@kordeassociates.com |
| Nicholas Danforth | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2020-1 mabk@harmonlaw.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |

TOTAL: 9

08/12/2026 WITHDRAWN. SEE NOTICE OF WITHDRAWAL AT ECF NO. 284. THE SEPTEMBER 2, 2026 HEARING ON ECF NO. 263 IS CANCELED AS UNNECESSARY.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: MALONE, John

Chapter 13
Case No. 24-10885-CJP

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
FOR FAILURE TO FILE A CONFIRMABLE PLAN
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case. In support thereof, the Trustee states as follows:

1. On May 8, 2024, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On June 12. 2024, the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C. §341.

3. On October 9, 2025, the Debtor filed the Plan (the “Plan”). The Trustee is unable to recommend the Plan for confirmation.

4. On January 30, 2026, the Court approved the Debtor’s Motion to Sell the property located 26 Savin Hill Avenue, Boston, MA. According to PACER, no amended plan has been filed due to lack of consummation of the sale. Further, the plan objections filed by Bank of New York and Federal Home Loans and the relief from stay filed by NewRez/Shellpoint have been continued generally pending the contemplated sale.

5. The Debtor is in arrears according to the terms of the Plan totaling $1,800.00 which is equal to 18 month(s) of plan payments. The Debtor has not made a payment since September 2024 and has demonstrated an inability to make timely payments. This amount does not include the current month and may increase prior to hearing.

6. Failure to file a confirmable plan and failure to make timely payments are grounds for dismissal under 11 U.S.C.§ 1307(c) for unreasonable delay that is prejudicial to creditors.