**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**In Re:**

**John Malone,** **Chapter 13**
**Case No. 24-10885**

**Debtor**

---

**DEBTOR'S RESPONSE TO CHAPTER 13 TRUSTEE'S OPPOSITION TO MOTION FOR ENTY OF DISCHARGE**

Now comes the debtor and responds to the Trustee's Opposition to Debtor's Motion for Entry of Discharge. In support of this the debtor states as follows:

1. Admitted.

2. Admitted and the Debtor requests the Court hold his Motion and review it after his Plan has been confirmed.

3. Neither admitted or denied as no response is required.

WHEREFORE, the Debtor requests the Court find as follows:

1. The Trustee's Opposition to the Motion for Entry of Discharge be held until the Court rules on Confirmation of Debtor's Amended Plan.

2. For such other and further relief as the court deems just.

Debtor,
by his attorney,

Date: August 20, 2026

/s/ John Ullian
John Ullian, Esq. BBO No. 542786
Amy Puliafico, Esq. BBO No. 682332
The Law Firm of Ullian & Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980

**CERTIFICATE OF SERVICE**

I, John Ullian, hereby certify under the pains and penalties of perjury that I served the foregoing **DEBTOR'S RESPONSE TO CHAPTER 13 TRUSTEE'S OPPOSITION TO MOTION FOR ENTY OF DISCHARGE** either by electronic mail or by mailing a copy of same, postage prepaid to the following interested parties:

Carolyn Bankowski, Esq.
Chapter 13 Trustee
PO Box 8250
Boston, MA 02114

U.S. Trustee
Office of the United States Trustee
John W. McCormack Post Office and Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

Date: August 20, 2026

/s/ John Ullian
John Ullian, Esq.
The Law Firm of Ullian & Associates, P.C.
220 Forbes Road, Suite 106
Braintree, MA 02184
(781) 848-5980
BBO No. 542786