**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:
John Malone
Debtor(s)

Chapter 13
24-10885-CJP

# ORDER

**MATTER:**
#286 Motion filed by Debtor John Malone for Entry of Discharge.

THE COURT STAYS THE DETERMINATION OF THE MOTION FOR ENTRY OF DISCHARGE [ECF NO. 286] PENDING ENTRY OF A CONFIRMATION ORDER AND THE FILING OF A FINAL REPORT AND ACCOUNT BY THE TRUSTEE.

ANY OBJECTIONS, OR IN THE CASE OF THE TRUSTEE, SUPPLEMENTAL OBJECTIONS TO THE MOTION FOR ENTRY OF DISCHARGE SHALL BE FILED NO LATER THAN SEVEN (7) DAYS AFTER THE EXPIRATION OF THE OBJECTION DEADLINE ESTABLISHED IN THE FINAL REPORT AND ACCOUNT OF THE TRUSTEE WHEN THE REPORT IS ULTIMATELY FILED.

Dated: 08/26/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge