UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| MALONE, John | ) | Chapter 13 |
| | ) | Case No. 24-10885-CJP |
| Debtor(s) | ) | |

NOTICE OF PROPOSED ORDER CONFIRMING CHAPTER 13 PLAN

NOW COMES Carolyn A. Bankowski, the Chapter 13 Trustee, and hereby files a proposed Order Confirming Chapter 13 Plan with respect to the Plan filed on October 9, 2025.

DATED:8/27/26

Respectfully submitted,

*/s/ Carolyn A. Bankowski*

Carolyn A. Bankowski, BBO #631056
Standing Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

In re
MALONE, John

Debtor(s)

Chapter 13
Case No. 24-10885-CJP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the Notice of Proposed Order Confirming Chapter 13 Plan and proposed Order Confirming Chapter 13 Plan were served upon the Debtor(s), counsel of record for the Debtor(s), and all parties and attorneys who have filed notices of appearance by first class mail, postage prepaid, or by electronic notice.

DATED: 8/27/26

Respectfully submitted,

*/s/ Carolyn A. Bankowski*
Carolyn A. Bankowski, BBO #631056
Standing Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

## SERVICE LIST

John Malone
28 Savin Hill Avenue
Dorchester, MA 02125

John Ullian, Esquire
220 Forbes Road, Ste. 106
Braintree, MA 02184

28 Berkshire Ave., LLC
c/o Anderson Goldman
50 Redfield Street, #201
Dorchester, MA 02122

Federal Home Loan Mortgage, Co.
Harmon Law Offices, PC

City of Boston Age Strong Commission
c/o Elsie Dias
1 City Hall Square
Boston, MA 02201

Boston Water and Sewer Commission
Janet Mahoney, Deputy Gen. Counsel
980 Harrison Avenue
Boston, MA 02119

The Bank of New York Mellon
c/o Korde & Associates, PC
900 Chelmsford Street, Ste. 3102
Lowell, MA 01851

PO Box 610389
Newton Highlands, MA 02461

Federal Home Loan Mortgage
c/o Orlans, PC
PO Box 540540
Waltham, MA 02454