09/17/2026 MOOT.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br>John Malone | Case Number 24-10885-CJP<br>Chapter 13 |

**OBJECTION OF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F TO DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

Now comes The Bank of New York Mellon FKA The Bank of New York Successor Indenture Trustee to JPMorgan Chase Bank, N.A., as Indenture Trustee on behalf of the noteholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2005-F ("Secured Creditor") and hereby files this Objection to the Debtor's First Amended Chapter 13 Plan. As grounds for said Objection, Secured Creditor states the following:

1. Secured Creditor is/was the holder of a mortgage encumbering the property located at *26 Savin Hill Avenue, Dorchester (Boston), MA 02125* (the "Property"), originally given by John Malone (the "Debtor") to Mortgage Electronic Registration Systems, Inc., as nominee for MBNA America (Delaware), N.A. (the "Mortgage"). The Mortgage is dated July 22, 2005, and is recorded in Suffolk County Registry of Deeds in Book 37778, Page 260. Thereafter, the Mortgage was assigned to Secured Creditor. Bank of America, N.A. is the current servicer for this loan on behalf of Secured Creditor.

2. The Mortgage secures(d) a promissory note/home equity line credit agreement given by the Debtor to MBNA America (Delaware), N.A. in the original principal amount of $23,256.00 (the "Note").

3. The Debtor's Chapter 13 Petition was filed on May 8, 2024.

4. On April 23, 2024 (prior to the filing of the Debtor's Chapter 13 Petition), a foreclosure sale by public auction was held relative to the subject property, at which time a third party was the successful first high bidder with a purchase price of $1,050,000.00. A closing of said purchase has not yet occurred, so the requisite documents memorializing same have not yet been recorded in the applicable Registry of Deeds, though an affidavit from the presiding auctioneer at said sale was recorded on May 13, 2024, in Suffolk County Registry of Deeds in Book 70164, Page 306.

5. On or about July 8, 2024, Secured Creditor filed a timely Proof of Claim [Claim No. 4-1] setting forth a total debt claim of $26,393.49, inclusive of an accrued contractual mortgage arrearage from October 25, 2022 through and including April 25, 2024. [*A total debt claim was filed because the purchase resulting from the sale has not yet closed, and consequently, a deficiency claim (if any) cannot yet be determined.]

6. On or about July 8, 2024, the Debtor filed a First Amended Chapter 13 Plan [Doc. No. 39]. Part 3 of the Debtor's six (6) month Plan purports to provide for the payment of $20,577.00 to Secured Creditor through the Plan. [*This amount is identified as a pre-petition arrearage, but presumably represents the total debt amount owed to Secured Creditor.] Part 8 of the proposed Plan further indicates, inter alia, that the Debtor intends seek to have any alleged foreclosure of the subject property invalidated by the Court in an adversary proceeding (not yet filed) and that the Debtor will then list the subject property for sale with