| Fill in this information to identify the case: | |
|---|---|
| Debtor 1: JOHN MALONE | |
| Debtor 2: (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of: MASSACHUSETTS |
| Case number: 24-10885 | |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| Name of Creditor: | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVINGHOME EQUITY LOAN TRUST, SERIES 2005-F | Court Claim No (If Known): | 4-1 |

Last four digits of any number you use to identify the debtor's account:    5171

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes    Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Fee Description | Fee Date | Fee Amount |
|---|---|---|
| BK PROOF OF CLM | 07/10/2024 | 475.00 |
| BK OBJCTN 2 PLAN | 07/15/2024 | 550.00 |

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Debtor 1: JOHN MALONE                                              Case number *(if known)* 24-10885

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

× /s/ Marcus E. Pratt                                              Date 11/13/2024
Signature

Print: Marcus E. Pratt, Esq. (BBO# 684610)                         Title  Attorney
       First Name    Middle Name    Last Name

Company: Korde & Associates, P.C.

Address: 900 Chelmsford Street, Suite 3102
         Number         Street
         Lowell, MA 01851
         City           State    ZIP code

Contact phone (978) 256-1500                                       Email bankruptcy@kordeassociates.com

The debtor or trustee may challenge whether the fees, expenses and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    Page: 2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br><br>John Malone | Case Number 24-10885<br><br>Chapter 13 |

I, Marcus E. Pratt, Attorney for **The Bank of New York Mellon FKA The Bank of New York Successor Indenture Trustee to JPMorgan Chase Bank, N.A., as Indenture Trustee on behalf of the noteholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2005-F** hereby sign this *Notice of Post-petition Mortgage Fees, Expenses, and Charges* for purposes of filing the same electronically on behalf of our client on this November 13, 2024.

Dated:  November 13, 2024

/s/ Marcus E. Pratt
Marcus E. Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| In Re: | Case Number 24-10885 |
|---|---|
| John Malone | Chapter 13 |

### CERTIFICATE OF SERVICE

I, Marcus E. Pratt, Attorney for **The Bank of New York Mellon FKA The Bank of New York Successor Indenture Trustee to JPMorgan Chase Bank, N.A., as Indenture Trustee on behalf of the noteholders of the CWHEQ Inc., CWHEQ Revolving Home Equity Loan Trust, Series 2005-F and/or its successors and assigns** hereby certify that on November 13, 2024 I electronically filed the foregoing *Notice of Post-petition Mortgage Fees, Expenses, and Charges* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing documents on the following CM/ECF participants:

Richard King, Assistant U.S. Trustee
Carolyn Bankowski, Trustee
Glenn F. Russell, Jr., Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

John Malone
26 Savin Hill Avenue
Dorchester, MA 02125

/s/ Marcus E. Pratt

Marcus E. Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

23-042505/ BK01